1  Timothy L. Alger (SBN 160303)
2  **HARRIS SLIWOSKI LLP**
3  700 S. Flower Street, Suite 1000
   Los Angeles, CA 90071
4  Telephone:  (424) 273-5500
   Email: timothy@harris-sliwoski.com
5
   *Attorneys for Plaintiffs*
6  Delta Ecommerce LLC d/b/a Sky & Sol
   and Max Medroso
7

8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
              **SAN JOSE DIVISION**
10

11 | DELTA ECOMMERCE LLC d/b/a SKY & | Case No. 5:25-cv-07069-NW-SVK |
12 | SOL, a Delaware limited liability company; | |
   | and MAX MEDROSO, an individual, | **SECOND AMENDED** |
13 | | **COMPLAINT FOR INJUNCTIVE** |
   | Plaintiffs, | **RELIEF, DAMAGES, AND** |
14 | | **OTHER RELIEF** |
   | vs. | |
15 | | **DEMAND FOR JURY TRIAL** |
16 | HAS BRANDS, LLC, a New York limited | |
   | liability company, TEJEDA INC. d/b/a | |
17 | PHOENIX INTERNATIONAL | |
   | DISTRIBUTION and a/k/a PHX | |
18 | INTERNATIONAL DISTRIBUTION, a | |
   | California corporation; LEONEL TEJEDA, | |
19 | an individual; JOHNY SHARMA, an | |
   | individual; DROPTIME DISTRIBUTIONS, | |
20 | LLC, a Florida limited liability company; | |
21 | NICKAMAZONSALES INC. d/b/a | |
   | YIPYAP, a Delaware corporation; PURE | |
22 | COMMERCE LLC, a Massachusetts | |
   | limited liability company; EMPIRE | |
23 | WHOLESALE & DISTRIBUTION INC., a | |
24 | New York corporation; 232 | |
   | TECHNOLOGIES INC., a New York | |
25 | corporation; MM LEE CORPORATION, a | |
26 | New York corporation; THE AMBITIOUS | |
   | SHOPPER, LLC, d/b/a BEYOND | |
27 | MARKETPLACE, a Texas limited liability | |
28 | | |

1   company; EZ GOODS INC., a New York
2   corporation; JONICLO LLC, a California
    limited liability company; MPB
3   INDUSTRIES LLC, a Wyoming limited
4   liability company; WPW MEDIA LLC, a
    Georgia limited liability company; 9 SYED
5   LLC, a New Jersey limited liability
6   company; S&N GLOBAL SUPPLY, INC.,
    a California corporation; AJOURE LLC, a
7   Wyoming limited liability company; and
8   DOES 1-20, inclusive,

9                    Defendants.

10

11          Plaintiffs DELTA ECOMMERCE LLC d/b/a SKY & SOL and MAX

12   MEDROSO (collectively "Plaintiffs"), by and through counsel, bring this action

13   against Defendants HAS BRANDS, LLC ("HAS Brands"), TEJEDA INC. d/b/a

14   PHOENIX INTERNATIONAL DISTRIBUTION a/k/a PHX INTERNATIONAL

15   DISTRIBUTION ("Phoenix"), LEONEL TEJEDA ("Tejeda"), JOHNY SHARMA

16   ("Sharma"),    DROPTIME    DISTRIBUTIONS,    LLC    ("Droptime"),

17   NICKAMAZONSALES INC. d/b/a YIPYAP ("YipYap"), PURE COMMERCE

18   LLC ("Pure Commerce"), EMPIRE WHOLESALE & DISTRIBUTION INC.

19   ("Empire"), 232 TECHNOLOGIES INC. ("232"), MM LEE CORPORATION

20   ("MM    Lee"),    THE    AMBITIOUS    SHOPPER, LLC, d/b/a    BEYOND

21   MARKETPLACE ("Beyond"), EZ GOODS INC. ("EZ Goods"), JONICLO LLC

22   ("Joniclo"), MPB INDUSTRIES LLC ("MPB"), WPW MEDIA LLC ("WPW"), 9

23   SYED LLC ("9 Syed"), S&N GLOBAL SUPPLY, INC. ("S&N"), AJOURE LLC

24   ("Ajoure"), and DOES 1-20, inclusive.

25   . . .

26   . . .

27   . . .

28

## I.    <u>INTRODUCTION</u>

1.    This action arises from the theft, trafficking in stolen goods, and nationwide sale without authorization of Plaintiff SKY & SOL's premier skin care and sunscreen products through Amazon's online marketplace, other online platforms, and offline channels in violation of federal and state law.

2.    On or about July 7, 2025, Shipment #26, containing more than 120,000 units of SKY & SOL products (valued at more than $4,000,000) was entrusted to Urbandesi Trucking Inc. for transport. Defendant Sharma was the assigned driver. Shortly after pick-up in Santa Fe Springs, California, Sharma ceased communication, and the vehicle stopped transmitting GPS signals. Both Sharma and the shipment disappeared.

3.    Plaintiffs are informed and believe, and thereon allege, that Sharma stole Shipment #26 and sold the stolen goods to Defendant Tejeda Inc. d/b/a Phoenix International Distribution ("Phoenix"). On information and belief, Phoenix then sold the stolen products to various buyers, including the other Defendants, who then resold them wholesale and to consumers throughout the United States.

4.    By July 10, 2025, just three days after the shipment was stolen, SKY & SOL products began appearing for sale by unauthorized sellers on Amazon.com.

5.    By July 19, 2025, some of the Defendants named in this action were selling stolen SKY & SOL products through Amazon.com, and other Defendants soon followed. The stolen goods are easily identified because they bear markings that can be traced by Plaintiffs to Shipment #26.

6.    The scheme caused Plaintiffs more than $4,000,000 in damages, including the direct theft of product, diverted sales, reputational harm, injury to Plaintiffs' valuable mark, and significant investigation and enforcement costs.

## II.    <u>JURISDICTION AND VENUE</u>

7.    This case asserts claims under the Lanham Act, 15 U.S.C. § 1125(a), the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1962(c),

1962(d), 1964(c), and related state-law claims, including violation of California Penal Code § 496(c).

8.    This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338, and 18 U.S.C. § 1964(c), because this action arises under the Lanham Act, 15 U.S.C. §§ 1116, 1117, and 1125, and the Racketeer Influenced and Corrupt Organizations Act (RICO).

9.    This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiffs' state-law claims.

10.    Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to these claims occurred in this District, including the diversion of Shipment #26 and the initial distribution of stolen goods to Defendants Tejeda Inc. and Leonel Tejeda, located in Royal Oaks, California, within in this District.

11.    On information and belief, each of the Reseller Defendants listed SKY & SOL products for sale on Amazon.com, other online platforms, and offline channels, and in fact sold such products to consumers located in this District and in California, thereby purposefully directing their conduct into this forum and causing harm to Plaintiffs here.

12.    Personal jurisdiction is proper because Defendants Tejeda Inc., Leonel Tejeda, Johny Sharma, Joniclo, and S&N are California residents; the theft and initial distribution occurred in California; and Defendants purposefully directed their wrongful acts into California by purchasing and selling stolen SKY & SOL products to California residents who were deceived into believing that the products were lawfully obtained and were being sold to consumers by retailers approved by Plaintiffs.

13.    Defendants' conduct caused foreseeable harm to Plaintiffs in California by stealing Plaintiffs' goods in California, distributing those stolen goods within California and across state lines, and selling the goods to California consumers at

prices far below Plaintiffs' authorized wholesale and retail prices. This further injured Plaintiffs by reducing sales of Plaintiffs' goods by Plaintiffs and their authorized resellers, and by damaging Plaintiffs' reputation for premier skin care products. Put simply, Defendants collectively stole and trafficked in Plaintiffs' goods and then used those goods to deceive customers and compete with Plaintiffs in the marketplace.

### III.    THE RICO ENTERPRISE

14.    Plaintiffs allege that all of the Defendants formed an association-in-fact enterprise within the meaning of 18 U.S.C. § 1961(4) (the "Enterprise").

15.    The Enterprise's purpose was to obtain, traffic in, and resell stolen SKY & SOL products for profit, and to conceal the unlawful nature of those sales from Amazon, consumers, law enforcement, and Plaintiffs.

16.    Defendant Sharma executed the theft of Plaintiffs' products in Shipment #26 by absconding with the goods while serving as the designated truck driver. On information and belief, Sharma (directly or through intermediaries) thereafter sold the stolen products to Defendant Tejeda Inc. d/b/a Phoenix International Distribution ("Phoenix").

17.    Defendant Tejeda Inc. d/b/a Phoenix International Distribution and Defendant Leonel Tejeda knowingly purchased the SKY & SOL products stolen by Sharma, distributed them to others, and acted as a central hub in the scheme. Phoenix coordinated the movement of stolen goods across state lines and the relabeling of the goods for sale on Amazon in order to conceal information in a manner that would make it difficult for Plaintiffs, Amazon, retailers and consumers to identify the source of the goods and discern that the goods were stolen and not authorized by Plaintiffs for sale.

18.    The stolen sunscreen was sold into the wholesale marketplace for as little as $6 per bottle, and made available by Phoenix and others to Amazon merchants who were not authorized resellers of SKY & SOL products. The typical wholesale price for the SKY & SOL sunscreen is $16.

19.    While *some* resellers who received the stolen SKY & SOL products from Phoenix directly or through intermediaries were not explicitly informed that they were stolen and that they were participating in the trafficking of stolen goods, the circumstances in which they received the goods, including the price paid, put the resellers on notice that the products had been stolen and they were trafficking in stolen goods.

20.    The sudden availability of the stolen goods on Amazon depressed the retail sale price far below the price typically charged by Plaintiffs and their authorized resellers. Indeed, the price charged by some resellers on Amazon fell below the wholesale price for the sunscreen in authorized distribution channels.

21.    One reseller, Defendant HAS Brands, knowingly purchased stolen SKY & SOL products from Phoenix and resold them on Amazon's online marketplace while misrepresenting them as legitimate goods, and, to further the scheme, filed fraudulent appeals with Amazon after Amazon determined the sales were unlawful.

22.    HAS Brands' deceitful conduct continues to this day. HAS Brands entered into a settlement with Plaintiffs after the filing of the initial Complaint in this action, and has already breached that settlement.

23.    Other Defendants that obtained the stolen SKY & SOL products from Phoenix  and then sold them on Amazon's online marketplace, misrepresenting them to consumers as legitimate goods, included HAS Brands, Droptime, YipYap, Pure Commerce, Empire, 232, MM Lee, Beyond, EZ Goods, Joniclo, MPB, WPW, 9 Syed, S&N, Ajoure, and Does 1-20, inclusive. (HAS Brands, Droptime, YipYap, Pure Commerce, Empire, 232, MM Lee, Beyond, EZ Goods, Joniclo, MPB, WPW, 9 Syed, S&N, Ajoure, and Does 1-20, inclusive are collectively referred to hereinafter as "Reseller Defendants.")

24.    The conduct of the Defendants constitutes racketeering activity within the meaning of 18 U.S.C. § 1961(1), including multiple acts of wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), interstate transportation of stolen property (18

1  U.S.C. § 2314), and receipt of stolen property (18 U.S.C. § 2315).

2      25.    Defendants caused Plaintiffs more than $4,000,000 in damages,

3  including direct theft losses, diverted sales, reputational harm, and enforcement costs.

4                    **IV.    THE PARTIES**

5  **Plaintiffs**

6      26.    Plaintiff Delta Ecommerce LLC d/b/a Sky & Sol ("Delta") is a Delaware

7  limited liability company formed on October 13, 2020. Its principal business address

8  is 308 Sherwood Terrace, Middletown, Delaware 19709. Delta designs, manufactures

9  (through contract manufacturing in China), markets and sells FDA-compliant

10  sunscreen and skincare products under the SKY & SOL mark.

11      27.    Plaintiff Max Medroso ("Medroso") is an individual and United States

12  citizen residing in Puerto Rico. Medroso is the sole member and owner of Delta.

13      28.    Plaintiffs own valuable trademark rights in the SKY & SOL mark,

14  including registered trademarks in China and Australia, a pending U.S. federal

15  trademark application, and established U.S. common law trademark rights.

16      29.    Specifically, Plaintiffs own pending U.S. Trademark Application Serial

17  No. 98417942 for "SKY & SOL," filed February 23, 2024, covering sunscreen and

18  skincare products in International Class 3.

19      30.    Plaintiffs have continuously used the SKY & SOL mark in interstate

20  commerce since June 1, 2023, establishing superior common law trademark rights

21  throughout the United States.

22      31.    Plaintiffs' use of the SKY & SOL mark has been substantial, continuous,

23  and exclusive, including:

24          a.    Manufacturing (through China) and selling more than 500,000

25  SKY & SOL products through June 2025;

26          b.    Generating significant annual revenue in the hundreds of

27  thousands of dollars under the SKY & SOL mark;

28

1      c.     Selling SKY & SOL products through established retail
2 partnerships and authorized distribution networks;

3      d.     Maintaining an active online presence at https://skyandsol.co since
4 August 8, 2023, with substantial monthly visitor traffic; and

5      e.     Conducting marketing campaigns with meaningful expenditures to
6 establish brand presence and consumer recognition.

7     32.    Through this extensive use, Plaintiffs have developed substantial
8 goodwill and consumer recognition in the SKY & SOL mark, particularly in the
9 sunscreen and skincare markets.

10    33.    The SKY & SOL mark has acquired distinctiveness and secondary
11 meaning, with consumers recognizing it as identifying Plaintiffs' products
12 exclusively.

13    34.    Plaintiffs maintain strict quality control over all SKY & SOL products,
14 including FDA compliance for sunscreen formulations, temperature-controlled
15 storage requirements, and authorized distribution channels to ensure product safety
16 and efficacy.

17 **<u>Defendants</u>**

18    35.    Defendant Tejeda Inc. is a California corporation with its principal place
19 of business at 415 Hall Road, # 13, Royal Oaks, CA 95076.

20    36.    Defendant Tejeda Inc. operates under the d/b/a "Phoenix International
21 Distribution" and a/k/a "PHX International Distribution."

22    37.    Defendant Leonel Tejeda is an individual and California resident with an
23 address at 16231 Apricot Lane, Royal Oaks, CA 95076. Leonel Tejeda is the Chief
24 Executive Officer and Director of Tejeda Inc., as reflected in the California Secretary
25 of State records filed on July 20, 2024.

26    38.    On information and belief, Leonel Tejeda controls and directs the
27 operations of Tejeda Inc.

28

39.    Defendant Sharma is an individual and a licensed commercial truck driver residing in Fremont, California. Sharma was the driver responsible for transporting SKY & SOL products in Shipment #26. At the same time the products went missing, Sharma himself disappeared.

40.    Defendant HAS Brands is a New York limited liability company that operates an Amazon storefront (Merchant ID A1L773GETBGUZ2) and maintains a mailing address at 519 8th Ave., Room 800, New York, NY 10018. Its lead principal is Oren Halali.

41.    Defendant Droptime is a Florida limited liability company with an office at 17011 NW 34th Ave., Miami Gardens, Florida 33056.

42.    Defendant NICKAMAZONSALES Inc. d/b/a YipYap is a Delaware corporation with an office at 2810 N. Church St., PMB 441965, Wilmington, Delaware 19802.

43.    Defendant Pure Commerce is a Massachusetts limited liability company with an office at 38 Montvale Ave., Suite 108, Stoneham, Massachusetts, 02180.

44.    Defendant Empire is a New York corporation with an office at 444 Saw Mill River Road, Elmsford, New York 10523.

45.    Defendant 232 is a New York corporation with an office at 1988 Ocean Parkway, Brooklyn, New York 11223.

46.    Defendant MM Lee is a New York corporation with an office at 122 Lee Avenue, Brooklyn, New York 11211.

47.    Defendant Beyond is a Texas limited liability company with an office at 14109 Honey Gem Drive, Pflugerville, Texas 78660.

48.    Defendant EZ Goods is a New York corporation with an office at 134 Highlands, Brooklyn, New York 11223.

49.    Defendant Joniclo is a California limited liability company with an office at 5424 Avalon Boulevard, Los Angeles, California 90011.

50.     Defendant MPB is a Wyoming limited liability company with an office at 500 N. State College Boulevard, Suite 1100, Orange, California 92868.

51.     Defendant WPW is a Georgia limited liability company with an office at 11 Christian Way, Tifton, Georgia 31794.

52.     Defendant 9 Syed is a New Jersey limited liability company with an office at 18 Powder Lane, Burlington, New Jersey 08016.

53.     Defendant S&N is a California corporation with an office at 2160 Barranca Parkway, Suite 1121, Irvine, California 92606.

54.     Defendant Ajoure is a Wyoming limited liability company with an office at 312 West 2nd Street, Suite A427, Casper, Wyoming 82601.

55.     The true names and capacities of Defendants sued herein as Does 1 through 20, inclusive, are unknown to Plaintiffs, who therefore sue these Defendants under fictitious names. Plaintiffs will amend this Complaint to allege the true names and capacities of the Defendants when ascertained. Plaintiffs are informed and believe, and based thereon allege, that each of the Defendants is responsible in some manner for the occurrences, acts and omissions alleged herein, and that Plaintiffs' damages have been, and will be, proximately caused by their conduct.

56.     In doing the acts and things described below, Defendants, and each of them, were the agents, employees, partners, joint venturers, co-conspirators, owners, principals, and/or employers of the remaining Defendants, and each of them, and are, and at all times herein mentioned were, acting within the course and scope of that agency, employment, partnership, conspiracy, ownership or joint venture. Plaintiffs are further informed and believe, and based thereon allege, that the acts and things described below were known to, authorized and/or ratified by the officers, directors, and managing agents of Defendants, and each of them.

57.     On information and belief, at all times mentioned herein, all Defendants, and each of them, unlawfully conspired and acted in concert and participated with one or more of the remaining Defendants, in committing and performing the acts and

conduct alleged herein, all to the damage and detriment of Plaintiffs.

## V.    FACTUAL ALLEGATIONS

**Plaintiffs' Trademark Rights and Brand Development**

58.    Since June 2023, Plaintiffs have invested substantial resources in developing the SKY & SOL brand, including product development, FDA compliance, marketing campaigns, and building consumer trust.

59.    Plaintiffs have established exclusive distribution channels and authorized retailer networks to maintain quality control and brand integrity.

60.    The SKY & SOL mark identifies and distinguishes Plaintiffs' products in the marketplace, and consumers have come to associate the mark exclusively with Plaintiffs' high-quality, FDA-compliant sunscreen and skincare products.

61.    Plaintiffs' reputation depends on maintaining control over product quality, storage conditions, and distribution channels, as sunscreen products require proper handling to remain effective and safe.

**Timeline of Key Events**

62.    In May 2025, Plaintiffs, working with their product supplier, helped arrange for the transport of Shipment #26, which consisted of more than 120,000 units of SKY & SOL sunscreen and skincare products, all owned by Plaintiff Delta Ecommerce.

63.    The theft occurred on or about July 7, 2025, in California, and Plaintiffs reported it later that month (Whittier Police Department Case No. 25-902393; Ex. A).

64.    On or about July 10, 2025, stolen SKY & SOL products began appearing on Amazon.

65.    On or about July 19, 2025, Plaintiffs discovered HAS Brands' unauthorized listings of stolen SKY & SOL products on Amazon and initiated brand protection enforcement efforts.

66.    On or about July 22, 2025, Plaintiffs' brand protection agents filed infringement reports with Amazon Registry, resulting in the initial removal of HAS

Brands' unauthorized listings.

67.    HAS Brands quickly appealed this initial removal and was reinstated by Amazon.

68.    On or about July 22, 2025, Phoenix posted a NixBot promo: "Sky & Sol SPF 50 — $10/unit — 136% ROI — hot seller on Amazon." (Ex. B.) NixBot is an AI-driven chatbot used by Phoenix to support customers by facilitating order collection, invoicing, and answering logistics-related questions. It can be accessed via a widget embedded on Phoenix's web pages.

69.    On or about July 30, 2025, Tejeda Inc. d/b/a Phoenix issued Invoice 1901 to HAS Brands for 1,200 units at $10 per unit (below Plaintiffs' $16 wholesale price). (Ex. C.)

70.    On or about August 9, 2025, Plaintiffs filed a report with Amazon's Retail Crime Unit regarding HAS Brands' sales of stolen SKY & SOL products, and within 48 hours, Amazon had removed HAS Brands from its marketplace.

71.    On August 12, 2025, HAS Brands' attorney sent a threat letter to Plaintiffs, disputing Plaintiffs' reports of theft and threatening to sue them for defamation. Subsequently, on August 21, HAS Brands' attorney sent Plaintiffs a draft complaint alleging defamation and various other claims. (Ex. D, copies of these two attorney letters.)

**A.    Theft by Sharma and Diversion of SKY & SOL Products**

72.    This section details how Defendants acquired more than 120,000 units of SKY & SOL products through theft and diversion in California, then trafficked them across state lines.

73.    Shipment #26 consisted of more than 120,000 units of SKY & SOL SPF 50 sunscreen and SKY & SOL skincare products, with a value of more than $4,000,000. (See Ex. E, PSI Summary Report and Packing List, documenting the contents of Shipment #26.)

74. Shipment #26 passed pre-shipment inspection in Guangzhou, China, and quality control photos confirmed legitimate product packaging, case labels, and barcodes.

75. On or about July 7, 2025, Shipment #26 was diverted and stolen in California while en route to Delta Ecommerce's warehouse in Missouri.

76. Instead of delivering the shipment to Plaintiffs' Missouri warehouse, Sharma diverted the load and, on information and belief, sold it to Tejeda Inc. d/b/a Phoenix International Distribution, in California.

77. Defendant Sharma, the licensed driver identified on the bill of lading, was responsible for transporting the shipment.

78. The bill of lading, trucking company report, and broker communications document Sharma's responsibility and the subsequent disappearance of Shipment #26. (See Ex. F.)

79. Delta Ecommerce reported the theft to the Whittier Police Department toward the end of July 2025. (Ex A.) Delta Ecommerce filed an insurance claim on or before August 4, 2025. (Ex. G.)

80. Each SKY & SOL unit bears unique GTINs, SKUs, lot numbers, and expiration dates.

81. To confirm the theft and trafficking, Delta Ecommerce conducted test purchases from both Tejeda Inc. and many of the Reseller Defendants.

82. These test buys revealed that Defendants were selling products with the same unique identifiers (GTINs, SKUs, lot numbers, and expiration dates) as the products in Shipment #26.

83. Delta later matched these identifiers against those appearing in the Reseller Defendants' Amazon listings and in various Tejeda Inc. invoices.

84. Tejeda Inc. issued invoices offering SKY & SOL sunscreen products at $10 per unit, a price far below Plaintiffs' wholesale price of $16 per unit.

85.    From its California base, Tejeda Inc. advertised the stolen SKY & SOL products to resellers across the United States, including in California.

86.    Tejeda Inc.'s emails and chats confirmed that the goods were the SKY & SOL sunscreen products with matching lot numbers and expiration dates.

87.    Tejeda Inc. offered to ship the SKY & SOL sunscreen products directly into Amazon fulfillment centers. (Ex. C.)

88.    The steep discount at which Defendant Tejeda Inc. sold the SKY & SOL products to the Reseller Defendants is consistent with the even lower prices Tejeda Inc. paid for these products and its knowledge that these products had been stolen.

89.    On information and belief, Tejeda Inc. conceals aspects of its ownership through foreign domain website registrations.

90.    Tejeda Inc. continued to sell the stolen SKY & SOL products despite being specifically notified that those products had been stolen.

91.    Plaintiffs' test purchases from Tejeda Inc. confirmed that Tejeda was selling products stolen from Shipment #26, as evidenced by matching product identifiers. (Ex. H.)

92.    Several companies that initially purchased from Tejeda Inc. ceased sales after notice and proof from Plaintiffs that the SKY & SOL products they had been selling were stolen, demonstrating that legitimate and responsible businesses recognized that the products had been stolen.

**B.    HAS Brands' Role: An Amazon Storefront Selling Stolen Goods**

93.    HAS Brands was the first Amazon reseller of the stolen sunscreen identified by Plaintiffs.  HAS Brands continued to purchase and resell the stolen goods to consumers despite clear knowledge of their illicit origin.

94.    Since the filing of this action, HAS Brands has persisted in its bad conduct by entering into a settlement agreement with Plaintiffs and then promptly breaching it. Plaintiffs intend to enforce the settlement agreement with HAS Brands. HAS Brands remains a Defendant in this action so Plaintiffs may seek all unreleased

1   remedies under the claims for relief alleged here, or, alternatively, pursue these claims

2   by bringing a separate breach of contract action in another forum.

3        95.    HAS Brands listed the stolen SKY & SOL products under its seller ID

4   A1L773GETBGUZ2, using Amazon's marketplace to sell the stolen products.

5        96.    Plaintiffs' test purchases from HAS Brands confirmed that HAS Brands

6   was selling the same stolen products from Shipment #26, as evidenced by matching

7   product identifiers.

8        97.    HAS Brands falsely claimed to Amazon that it was legally authorized to

9   sell SKY & SOL products, causing Amazon to reinstate the listings despite Plaintiffs'

10   report to Amazon that the goods being peddled by HAS Brands were stolen.

11        98.    When Plaintiffs again sought to stop HAS Brands from selling its stolen

12   products, HAS Brands made additional false claims to Amazon, asserting that it was

13   authorized to sell those products.

14        99.    This second attempt by HAS Brands to continue selling the stolen SKY

15   & SOL products failed, and Amazon permanently removed HAS Brands' SKY & SOL

16   listings.

17        100.  On August 12, 2025, HAS Brands' attorney, Mark Berkowitz, sent a

18   letter to Plaintiffs accusing Plaintiffs of "bombarding Amazon with bogus reports"

19   and threatening to sue Plaintiffs in New York for defamation, among other claims.

20   Subsequently, on August 21, 2025, HAS Brands' attorney sent Plaintiffs an email with

21   an attached draft complaint stating that he would be filing it on August 22. (Ex. D.)

22        101.  After the filing by Plaintiffs of their initial Complaint, Plaintiffs

23   identified additional Reseller Defendants, including Droptime, YipYap, Pure

24   Commerce, Empire, 232, MM Lee, Beyond, EZ Goods, Joniclo, MPB, WPW, 9 Syed,

25   S&N, and Ajoure. Plaintiffs' investigation is continuing, and Plaintiffs intend to

26   amend to replace Does 1 through 20, inclusive, with the actual names of Defendants

27   who are currently unknown to Plaintiffs.

28

**C.** **Consumer Deception and False Advertising**

102.   This section shows how Defendants' sales caused consumer confusion on Amazon's platform regarding product authenticity, warranty coverage, and safety, creating public health risks and marketplace confusion.

103.   Only Plaintiffs may truthfully represent that SKY & SOL products are FDA-compliant, covered by Plaintiffs' warranty, subject to Plaintiffs' quality control standards, and sourced through Plaintiffs' authorized distribution channels.

104.   HAS Brands' Amazon listings, and the Amazon listings of the other Reseller Defendants, falsely implied that those sellers were authorized resellers of SKY & SOL products. This deceived consumers into believing the products carried SKY & SOL warranties and quality protections.

105.   Defendants' unauthorized sales create a likelihood of confusion as to source, sponsorship, affiliation, and approval, causing consumers to mistakenly believe that Defendants are authorized by or affiliated with Plaintiffs.

106.   This consumer confusion directly harms Plaintiffs' trademark rights and the goodwill Plaintiffs have developed in the SKY & SOL mark through years of careful brand development and quality control.

107.   Plaintiffs received communications reflecting consumer confusion and concern over the authenticity of SKY & SOL products purchased from Phoenix and the Reseller Defendants.

108.   Defendants' unauthorized sales created a likelihood of confusion regarding authorization, warranties, and quality control. Consumers were misled into believing Defendants were authorized sellers. Such confusion is inherent whenever unauthorized resellers traffic in diverted goods outside Plaintiffs' quality-control system.

109.   Plaintiffs have built a strong reputation based on the quality and effectiveness of their SKY & SOL products, which require proper storage and handling to remain effective and safe. Sunscreen products are particularly sensitive to

temperature, humidity, and storage conditions, and must be handled through channels approved and monitored by Plaintiffs to ensure product integrity and consumer safety.

110.   Sunscreen products are regulated by the FDA as over-the-counter drugs. Federal regulations require that such products be stored and transported under conditions that preserve their safety and effectiveness. Unauthorized diversion prevents Plaintiffs from ensuring compliance with these requirements.

111.   Diverted or mishandled goods pose health risks to consumers who rely on effective sunscreen protection, further amplifying the public interest harm.

### D.   The Enterprise and the RICO Violations

112.   The Enterprise operated as a joint enterprise engaged in theft, trafficking in stolen goods, sale to resellers, sale to unsuspecting consumers, and misrepresentations to Amazon, with specific predicate acts of wire fraud, mail fraud, and trafficking in stolen property over a period of several months.

113.   Tejeda Inc., Leonel Tejeda, the Reseller Defendants (including Does 1 through 20, inclusive), and Sharma operated as a joint venture and RICO enterprise to traffic stolen SKY & SOL products nationwide.

114.   After receiving them from Sharma, Tejeda Inc. and Leonel Tejeda marketed and sold the SKY & SOL products to multiple buyers throughout the United States, and issued invoices reflecting such sales. (See Ex. I.).

115.   The Reseller Defendants purchased SKY & SOL products from Tejeda at prices so low that the goods were obviously stolen, made fraudulent statements to Amazon, and sold the goods to consumers while knowing that the goods had been stolen and that the Reseller Defendants were not authorized resellers of SKY & SOL products.

116.   Payments flowed between the entities within the Enterprise via interstate wires.

117.   The entities and individuals that created and comprise the Enterprise would communicate with each other over the wires.

118.    The Enterprise's conduct spanned at least from early July 2025 through the date of the filing of this Second Amended Complaint.

119.    The Enterprise's conduct involved multiple predicate acts of wire fraud, mail fraud, and trafficking in stolen property.

### 1.    RICO Enterprise

120.    Phoenix, Tejeda Inc., Leonel Tejeda, HAS Brands and the other Reseller Defendants, and Sharma formed a de facto enterprise under 18 U.S.C. § 1961(4). This was an ongoing organization with a common purpose of engaging in nationwide trafficking of stolen SKY & SOL products through Amazon's online marketplace.

121.    The Enterprise operated through a division of labor: Sharma stole the SKY & SOL products, Tejeda Inc. and Leonel Tejeda sourced and wholesaled the stolen SKY & SOL products, while HAS Brands and other Reseller Defendants engaged in sales of the stolen goods to consumers through the Amazon marketplace and, on information and belief, through other online platforms.

122.    The Enterprise conducted its affairs through a pattern of racketeering activity designed to: (a) acquire stolen SKY & SOL inventory; (b) disguise the illicit nature of the goods; (c) list and sell stolen products on Amazon's marketplace; (d) sustain sales when challenged by filing fraudulent appeals; and (e) profit from the sale of stolen goods while evading detection.

### 2.    Pattern of Racketeering Activity

123.    The Enterprise's pattern of racketeering activity consisted of the following predicate acts under 18 U.S.C. § 1961(1):

124.    **Wire Fraud (18 U.S.C. § 1343).** Tejeda Inc. and Leonel Tejeda emailed invoices for the sale of stolen SKY & SOL products, misrepresenting the legitimate source and nature of the goods.

125.    **Wire Fraud.** Tejeda Inc. and Leonel Tejeda negotiated transactions with the Reseller Defendants for the sale of stolen SKY & SOL products using telephone and electronic messaging, with the intention of causing or facilitating the fraudulent

1    sale of the goods to consumers.

2    126.  **Transport of Stolen Property/Mail Fraud (18 U.S.C. §§ 2314, 1341).**

3    Tejeda Inc. and Leonel Tejeda shipped stolen SKY & SOL products in interstate

4    commerce to the Reseller Defendants using interstate carriers and, on information and

5    belief, the United States mails, in order to execute the scheme. There were multiple

6    other shipments from California to the other Reseller Defendants.

7    127.  **Wire Fraud.** HAS Brands electronically submitted multiple false

8    authorization appeals to Amazon's Seattle dispute system.

9    128.  **Interstate Transportation/Trafficking of Stolen Property (18 U.S.C.**

10   **§§ 2314, 2315).** Defendants transported, received, and sold stolen SKY & SOL

11   products with a value of more than $4,000,000 across state lines. Defendants both paid

12   for these goods over the wire and accepted payment for these goods over the wire.

13   **3.    Conduct of the Enterprise's Affairs**

14   129.  Defendants conducted the affairs of the Enterprise through a pattern of

15   racketeering activity.

16   130.  Tejeda Inc. marketed the goods that had been stolen by Sharma through

17   its NixBot platform, specifically targeting Amazon resellers. In addition to the use of

18   Tejeda Inc.'s online service, Leonel Tejeda engaged in direct phone and written

19   communications with at least some of the Reseller Defendants, for the purpose of

20   peddling the stolen goods and negotiating and closing transactions.

21   131.  Tejeda Inc. did not merely serve as an online intermediary platform, or

22   marketplace. Rather, it  engaged in classic trafficking of stolen goods – the very

23   activity that caused California to enact the current version of Penal Code § 496, which

24   imposes treble damages and attorneys' fees for successful civil claims for theft. *Siry*

25   *Investment, L.P. v. Farkhondehpour*, 13 Cal.5th 333 (2022) (revisions to the statute in

26   1972 had "the goal of eliminating markets for stolen property, in order to substantially

27   reduce the incentive to hijack cargo from common carriers;" the civil remedy was

28   made broadly available to "any persons who have been injured by another's purchase,

concealment, sale, or withholding of property where such person knows the property was stolen").

132.   HAS Brands and the other Reseller Defendants created and managed Amazon storefronts to retail the stolen products to consumers.

133.   Tejeda Inc. and Leonel Tejeda and the Reseller Defendants coordinated pricing, shipping, and payment arrangements through interstate communications.

134.   The Defendant entities and individuals that created and comprise the Enterprise benefitted from the profits derived from the illegal sales while concealing the stolen nature of the goods from Amazon and consumers.

135.   The scheme, already spanning at least two months at the time of the initial filing of this action, demonstrates a threat of continued repetition absent judicial intervention.

136.   The pattern involved multiple separate predicate acts occurring in multiple states – California, New York, and Washington (Amazon's location), as well as the sale of the stolen SKY & SOL goods all over the United States.

137.   This demonstrates continuity and relationship among the predicate acts.

138.   Payments flowed between the Defendants via interstate wire transfers and mail shipments.

139.   These acts were not isolated, but continuous from early July 2025 beyond even the filing of Plaintiffs' initial Complaint in this action.

140.   The acts constitute a continuing pattern of racketeering activity that threatens ongoing harm to Plaintiffs, the marketplace, and consumers.

## VI.   CLAIMS FOR RELIEF

### COUNT ONE

**Unfair Competition and False Designation of Origin**

**(15 U.S.C. § 1125(a))**

141.   Plaintiffs incorporate by reference all prior paragraphs.

142.   By misrepresenting themselves as authorized SKY & SOL sellers and

1   using Plaintiffs' trademarks and trade dress, Defendants violated the Lanham Act's

2   unfair competition provisions.

3        143.   Plaintiffs own common law trademark rights in "SKY & SOL" through

4   continuous use since June 1, 2023, and have a pending federal trademark application.

5        144.   Plaintiffs' SKY & SOL mark is distinctive and has acquired secondary

6   meaning through extensive marketing, substantial sales volumes, and consumer

7   recognition in the competitive sunscreen and skincare markets.

8        145.   Defendants' use of Plaintiffs' marks and trade dress created a likelihood

9   of confusion as to source, sponsorship, affiliation, or approval.

10        146.   Defendants presented themselves as authorized sellers, creating a false

11   designation of origin.

12        147.   This conduct deceived consumers and harmed Plaintiffs' goodwill.

13        148.   Defendants misrepresented the nature, characteristics, and qualities of

14   the goods by selling unauthorized products without proper authorization.

15        149.   These misrepresentations included false claims about source, warranty

16   coverage, and compliance with quality controls.

17        150.   The first sale doctrine does not apply because Defendants never lawfully

18   purchased SKY & SOL products from Plaintiffs or any authorized distributor; and

19   because their sales bypassed Plaintiffs' quality-control and storage requirements.

20        151.   Plaintiffs are entitled to injunctive relief and damages under 15 U.S.C. §

21   1125(a).

22                         **COUNT TWO**

23           **False Advertising (15 U.S.C. § 1125(a)(1)(B))**

24        152.   Plaintiffs incorporate by reference all prior paragraphs.

25        153.   Defendants falsely advertised themselves as authorized SKY & SOL

26   sellers on Amazon, making material misrepresentations that diverted sales and

27   harmed Plaintiffs' brand.

28

154.   Defendants made false and misleading statements in commercial advertising and promotion.

155.   Defendants represented themselves as authorized SKY & SOL sellers on Amazon marketplace when they were not authorized.

156.   These false representations were material to consumers' purchasing decisions.

157.   Defendants' representations falsely implied claims about warranty coverage, quality control compliance, and authorized seller status.

158.   Defendants' false advertising occurred in interstate commerce through Amazon's national marketplace.

159.   The advertising was designed to influence purchasing decisions and diverted sales from Plaintiffs.

160.   As a direct and proximate result, Plaintiffs suffered diverted sales, brand harm, lost business opportunities, and other damages.

161.   Plaintiffs are entitled to injunctive relief and damages under 15 U.S.C. § 1125(a)(1)(B).

## COUNT THREE

### California Penal Code § 496 (Civil Theft)

162.   Plaintiffs incorporate by reference all prior paragraphs.

163.   Defendants knowingly received, purchased, concealed, and sold stolen SKY & SOL products in violation of California Penal Code § 496(a).

164.   In *Siry Investment, L.P. v. Farkhondehpour*, 13 Cal.5th 333 (2022), the California Supreme Court held that Penal Code § 496(c)'s treble damages and attorneys' fees remedy applies to "classic fencing" conduct and to business conduct involving property obtained "in any manner constituting theft," so long as criminal intent is shown.

165.   As shown above, Defendants acted with the requisite criminal intent, not merely inadvertence or breach of contract.

166.   Defendants bought, received, concealed, and sold personal property that they knew to have been stolen, as evidenced by (a) invoices offering goods at below-market pricing immediately after the theft, (b) test purchases showing identical lot numbers to the stolen shipment, and (c) repeated sales and appeals after being specifically notified of the theft. This shows that they acted with the requisite criminal intent for Penal § 496.

167.   Specifically, Tejeda Inc. and Leonel Tejeda received the stolen Shipment #26, knowing that it was stolen, and then sold large volumes of stolen SKY & SOL product to Amazon resellers, knowing that the stolen goods would be sold to unsuspecting consumers.

168.   The Reseller Defendants knowingly purchased and resold the stolen goods, continuing their sales even after explicit notice of the theft.

169.   Crucially, Defendants continued to purchase and resell these goods even after receiving explicit notice of the theft through Plaintiffs' infringement reports, police investigation (Whittier PD Case No. 25-902393), and the threat of an insurance claim. This knowing and deliberate continuation of trafficking, including the filing of fraudulent appeals with Amazon, reflects the criminal intent required for liability under Penal Code § 496 and distinguishes this action from an ordinary commercial dispute.

170.   Defendants' violation of § 496(a) includes, at a minimum, the theft and initial receipt of the goods in California and the knowing purchase, receipt, and resale of those goods in California and other states.

171.   California Penal Code § 496(c) provides that any person who has been injured by a violation of § 496(a) may bring an action for three times the amount of actual damages.

172.   Plaintiffs suffered actual damages exceeding $4,000,000 from the theft and trafficking of their property.

173.   Plaintiffs are entitled to treble damages totaling at least $12,000,000, plus attorney fees and costs to the extent not duplicative of other treble damage remedies sought herein.

## COUNT FOUR

### Conversion (California Common Law)

174.   Plaintiffs incorporate by reference all prior paragraphs.

175.   By knowingly taking possession of stolen Shipment #26 and reselling it on Amazon, Defendants committed conversion under California law.

176.   Plaintiffs owned and had the right to possess the products in Shipment #26.

177.   Defendants wrongfully exercised dominion and control over these goods and, on information and belief, retain substantial quantities of Plaintiffs' property to this day.

178.   Plaintiffs were thereby deprived of their property and business opportunities.

179.   As a direct and proximate result, Plaintiffs have suffered damages exceeding $4,000,000.

## COUNT FIVE

### Trespass to Chattels (California Common Law)

180.   Plaintiffs incorporate by reference all prior paragraphs.

181.   Defendants intentionally interfered with Plaintiffs' personal property by wrongfully taking possession of and exercising control over stolen SKY & SOL products.

182.   Plaintiffs owned personal property consisting of more than 120,000 units of SKY & SOL sunscreen in Shipment #26.

183.   Defendants intentionally interfered with Plaintiffs' possessory rights by taking possession of the stolen goods.

184.   Defendants' interference was substantial, as they deprived Plaintiffs of the use and possession of valuable inventory worth more than $4,000,000.

185.   Defendants had no right or privilege to possess, use, or sell Plaintiffs' property.

186.   Defendants' conduct was a substantial factor in causing harm to Plaintiffs' property interests.

187.   As a direct and proximate result, Plaintiffs suffered damages including loss of inventory, diverted sales, and harm to business reputation.

## COUNT SIX

### California Unfair Competition

### (Bus. & Prof. Code §§ 17200 et seq.)

188.   Plaintiffs incorporate by reference all prior paragraphs.

189.   Defendants engaged in unlawful, unfair, and fraudulent business practices by trafficking stolen goods and misrepresenting their authorization to sell SKY & SOL products.

190.   Defendants engaged in unlawful business practices by violating California Penal Code § 496 (receiving stolen property), federal wire fraud statutes, and trademark laws.

191.   Defendants engaged in unfair business practices by competing against Plaintiffs using stolen inventory, giving them an improper advantage in the marketplace.

192.   Defendants engaged in fraudulent business practices by misrepresenting themselves to consumers and Amazon as authorized SKY & SOL resellers.

193.   Defendants' conduct occurred in the course of business and affected the public interest by exposing consumers to potentially compromised sunscreen products and undermining marketplace integrity.

194.   Plaintiffs have standing as competitors who have been injured by Defendants' unfair competition.

1    195.   Plaintiffs lost sales and customers directly due to Defendants' unlawful

2    conduct.

3    196.   Plaintiffs are entitled to injunctive relief and restitution under Business

4    & Professions Code § 17203.

**COUNT SEVEN**

**California False Advertising**

**(Bus. & Prof. Code §§ 17500 et seq.)**

8    197.   Plaintiffs incorporate by reference all prior paragraphs.

9    198.   Defendants violated California's False Advertising Law by making false

10   and misleading statements about their authorization to sell SKY & SOL products.

11   199.   Defendants made statements in their advertising, marketing, and sales

12   materials that were untrue or misleading.

13   200.   Specifically, Defendants represented themselves as authorized SKY &

14   SOL sellers when they had no such authorization.

15   201.   Defendants' Amazon listings and marketing materials falsely implied

16   legitimate source, warranty coverage, and quality control compliance.

17   202.   These statements were made in connection with the sale of goods to

18   consumers.

19   203.   The statements were material to consumers' purchasing decisions.

20   204.   Defendants knew or should have known that their representations were

21   false and misleading.

22   205.   Defendants' false advertising was designed to promote sales and divert

23   customers from authorized channels.

24   206.   As a direct result, Plaintiffs suffered damages including diverted sales,

25   brand harm, and lost business opportunities.

26   207.   Plaintiffs are entitled to injunctive relief, restitution, and civil penalties

27   under Business & Professions Code § 17500.

28

1

## COUNT EIGHT

2

### Civil RICO (18 U.S.C. § 1962(c))

3      208.   Plaintiffs incorporate by reference all prior paragraphs.

4      209.   Defendants operated a criminal enterprise through multiple predicate

5  acts of wire fraud, mail fraud, and trafficking in stolen property, causing more than

6  $4,000,000 in damages to Plaintiffs.

7      210.   As described above, Defendants are "persons" under 18 U.S.C. §

8  1961(3) who conducted the affairs of an association-in-fact enterprise (the

9  "Enterprise") within the meaning of 18 U.S.C. § 1961(4) through a pattern of

10 racketeering activity, including wire fraud, mail fraud, and trafficking in stolen

11 property. Defendants conducted the affairs of an enterprise engaged in interstate

12 commerce through a pattern of racketeering activity.

13     211.   The racketeering activity included wire fraud (18 U.S.C. § 1343), mail

14 fraud (18 U.S.C. § 1341), and trafficking in stolen property (18 U.S.C. 18 U.S.C. §§

15 2314 and 2315).

16     212.   Specific predicate acts include Tejeda Inc.'s invoices transmitted

17 electronically, as well as telephonic communications between Tejeda Inc. and Leonel

18 Tejeda, on the one hand, and Reseller Defendants, on the other hand, for the purpose

19 of engaging in transactions in stolen property.

20     213.   Additional predicate acts include HAS Brands' false appeals submitted

21 electronically to Amazon's Seattle systems.

22     214.   Further predicate acts include FedEx interstate shipments of stolen goods

23 and various payments made and received over the wire.

24     215.   As a direct and proximate result, Plaintiffs lost more than 120,000 units

25 of SKY & SOL products valued at more than $4,000,000.

26     216.   Plaintiffs suffered diverted sales, brand harm, and investigation costs.

27     217.   Plaintiffs are entitled to treble damages, costs, and attorneys' fees

28 pursuant to 18 U.S.C. § 1964(c) to the extent not duplicative of other treble damage

remedies sought herein.

## COUNT NINE

### RICO Conspiracy (18 U.S.C. § 1962(d))

218.   Plaintiffs incorporate by reference all prior paragraphs, including the Enterprise as defined above.

219.   Defendants conspired to operate their criminal enterprise, with evidence including coordinated invoices, targeted marketing, and joint appeals to protect their scheme.

220.   Defendants agreed and conspired to participate in the racketeering enterprise.

221.   Evidence of the conspiracy includes Tejeda Inc.'s marketing of SKY & SOL to HAS Brands and other Reseller Defendants, and HAS Brands' filing of fraudulent appeals to protect the scheme.

222.   Each Defendant knowingly agreed to participate with intent to traffic stolen SKY & SOL products.

223.   Tejeda Inc.'s cut-rate pricing indicated knowledge of illicit sourcing.

224.   Defendants' continued coordination even after being informed the products were stolen.

225.   Defendants are jointly and severally liable for the damages caused by this conspiracy.

## COUNT TEN

### Intentional Interference with Prospective Economic Advantage

### (California Common Law)

226.   Plaintiffs incorporate by reference all prior paragraphs.

227.   By flooding Amazon with stolen product and undercutting authorized channels, Defendants intentionally derailed Plaintiffs' expected customer relationships.

228.    Plaintiffs had reasonable expectations of future economic relationships with consumers on Amazon. The identities of these consumers can be determined through discovery.

229.    Defendants knew of these prospective economic relationships through their targeting of the SKY & SOL brand specifically.

230.    Defendants intentionally interfered with these prospective economic relationships by trafficking stolen goods and diverting consumers on Amazon.

231.    Defendants used wrongful means, including theft, fraud, and misrepresentation.

232.    Defendants' interference was a substantial factor in disrupting Plaintiffs' prospective economic advantage.

233.    Plaintiffs suffered economic harm including lost sales, damaged reputation, and diminished business opportunities.

234.    The interference was not justified by legitimate competitive interests given that it was based on criminal conduct.

## COUNT ELEVEN

### Unjust Enrichment (California Common Law)

235.    Defendants unjustly profited from trafficking Plaintiffs' stolen property and must disgorge their ill-gotten gains.

236.    Plaintiffs incorporate by reference all prior paragraphs.

237.    Defendants received benefits (profits from stolen goods) at Plaintiffs' expense.

238.    Defendants' retention of these benefits is unjust given that they were derived from stolen property.

239.    Defendants had knowledge that the benefits were derived from wrongful conduct.

240.    It would be inequitable for Defendants to retain these ill-gotten gains.

241.   Plaintiffs are entitled to disgorgement of all profits Defendants obtained from the unauthorized sale of SKY & SOL products.

**COUNT TWELVE**

**Declaratory Judgment (28 U.S.C. §§ 2201, 2202)**

242.   Plaintiffs incorporate by reference all prior paragraphs.

243.   An actual controversy exists between Plaintiffs and Defendants regarding Defendants' claimed authority to sell SKY & SOL products.

244.   Plaintiffs contend, and Defendants deny, that Defendants are not authorized sellers of any SKY & SOL products, let alone stolen SKY & SOL products.

245.   Plaintiffs seek a declaratory judgment confirming that Defendants have **no** authorization or right to sell SKY & SOL products.

246.   This declaration is necessary to clarify the parties' rights, prevent further consumer deception, and avoid continuing harm to Plaintiffs.

**VII.   DAMAGES**

247.   The theft of Shipment #26 alone caused a direct loss to Plaintiffs of more than $4,000,000.

248.   Plaintiffs have already incurred substantial legal fees, investigation costs, and enforcement expenses as a result of Defendants' misconduct, and will continue to incur such costs until Defendants' unlawful conduct is enjoined.

249.   As a direct and proximate result of Defendants' misconduct, Plaintiffs have suffered:

250.   **Loss of Stolen Inventory**: More than $4,000,000 from Shipment #26.

251.   **Diverted Sales**: Additional lost revenue from consumers who purchased SKY & SOL products from Defendants instead of from authorized SKY & SOL channels, depriving Plaintiffs of retail margins and disrupting their authorized distribution network.

252. **Brand Harm**: Significant damage to the SKY & SOL brand reputation caused by unauthorized discount resales, including consumer confusion about authorization and association with stolen goods.

253. **Investigation and Enforcement Costs**: Substantial costs already incurred and continuing to be incurred for legal fees, private investigation, brand protection monitoring, law enforcement cooperation, and enforcement actions against unauthorized sellers.

254. **Lost Business Opportunities**: Harm to relationships with authorized distributors and retailers, and lost opportunities for brand expansion due to marketplace confusion and reputational damage.

255. **Ongoing Monitoring Costs**: Continuing expenses for brand protection services and monitoring to prevent future unauthorized sales.

256. Plaintiffs seek to recover their actual damages, estimated at more than $4,000,000, together with additional losses including diverted sales, monitoring costs, and brand harm. Plaintiffs further seek treble damages and other enhanced remedies under the Lanham Act, RICO, and California Penal Code § 496, to the maximum extent permitted by law, without double recovery.

257. Absent injunctive relief, Plaintiffs must continue incurring substantial brand-protection and marketplace-monitoring costs, including to mitigate consumer deception and public-health risks from diverted, potentially degraded sunscreen.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

**A.** **Injunctive Relief**

1. A temporary restraining order and preliminary injunction immediately enjoining Defendants from:

2. Trafficking, selling, offering for sale, or distributing any SKY & SOL products without written authorization;

3.    Using Plaintiffs' trademarks, trade names, or trade dress in any manner;

4.    Misrepresenting their relationship with or authorization from Plaintiffs;

5.    Filing false or fraudulent appeals, and from making false representations to Amazon or other selling platforms;

6.    Further interfering with Plaintiffs' existing and prospective business relationships;

7.    A permanent injunction after trial incorporating the same prohibitions.

**B.**    **Monetary Relief**

8.    An accounting and disgorgement of all Defendants' revenues and profits derived from unauthorized sales of SKY & SOL products;

9.    Actual damages in an amount to be proven at trial, more than $4,000,000, including the full retail value of stolen inventory, diverted sales, and investigation costs;

10.    Treble damages under RICO, the Lanham Act, or California Penal Code § 496(c), to the maximum extent permitted by law but not duplicative across statutes.

11.    Restitution and disgorgement under California Business & Professions Code §§ 17200, et seq. and 17500, et seq.

12.    Pre- and post-judgment interest at the maximum rate allowed by law.

**C.**    **Equitable Relief**

13.    An order requiring Defendants to deliver to Plaintiffs all infringing/unauthorized SKY & SOL goods, packaging, promotional materials, and any materials bearing Plaintiffs' trademarks.

14.    Asset preservation orders as necessary to prevent dissipation of Defendants' unlawful profits.

15.    An order imposing a constructive trust over Defendants' revenues from unauthorized sales of SKY & SOL products and freezing Defendants' assets sufficient to satisfy any judgment in this case.

16.     An *ex parte* seizure order under 15 U.S.C. § 1116(d) authorizing seizure of infringing goods and related records in Defendants' possession, custody, or control.

17.     An order directing Amazon to (i) disable any listings offering SKY & SOL products by Defendants, (ii) preserve and produce seller account records, and (iii) hold all disbursements associated with such sales pending further order.

18.     Expedited discovery under Fed. R. Civ. P. 26(d)(1), including third-party subpoenas to Amazon, payment processors, and carriers.

19.     A preservation order requiring Defendants and Amazon to preserve all listing data, appeal records, communications, financial records, and other relevant documents.

**D.    Fees and Costs**

20.     Attorneys' fees and costs pursuant to 18 U.S.C. § 1964(c), 15 U.S.C. § 1117, and California Penal Code § 496(c).

21.     Such other and further relief as the Court deems just and proper.

Dated: November 21, 2025         HARRIS SLIWOSKI LLP

                                  By:   *Timothy L. Alger*
                                        Timothy L. Alger

                                        *Attorneys for Plaintiffs*
                                        Delta Ecommerce LLC d/b/a Sky & Sol
                                        and Max Medroso

# **DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs Delta Ecommerce LLC d/b/a Sky & Sol and Max Medroso hereby demands a trial by jury on all issues so triable.


Dated: November 21, 2025          HARRIS SLIWOSKI LLP

                              By:    *Timothy L. Alger*
                                     Timothy L. Alger

                                     *Attorneys for Plaintiffs*
                                     Delta Ecommerce LLC d/b/a Sky & Sol
                                     and Max Medroso

# Exhibit A

**WHITTIER POLICE DEPARTMENT**
**SERVING SANTA FE SPRINGS**
**11576 TELEGRAPH ROAD**
**SANTA FE SPRINGS, CA 90670**

25 - 962393

Classification of Incident

R-IUEUT    # 746

File Number                                    Date of Report

TO GIVE OR RECEIVE ADDITIONAL INFORMATION CONCERNING
THIS INCIDENT CALL: (562) 409-1850

|  |  |
|---|---|
|  | (  ) TRAFFIC DETAIL |
| (  ) | (  ) DETECTIVE BUREAU |
| (  ) | (  ) RECORDS BUREAU |
| (  ) | (  ) COURT OFFICER |
| (  ) | (  ) _____ |

IF MISSING PERSON RETURNS, or you learn his/her WHEREABOUTS, please
notify THIS DEPARTMENT.

RECOVERY OF PROPERTY: Promptly report recovery of property if the recovery
was not made by this Department.  Notification concerning recovered property
(except vehicles), or missing persons may be made by telephone.

RECOVERED VEHICLES: If you recover a vehicle other than through a law
enforcement agency, you MUST make a signed report of such recovery at the
nearest Sheriff's or Police Department.

RETAIN THIS FOR REFERENCE

# Exhibit B

# WHATSAPP CONVERSATION

Name: NixBot | Phoenix International
Number: +1 (831) 204-8569
Platform: Whatsapp
Date: 08/07/25



3:09

NixBot | Phoenix International

The $24 you're seeing on the public site is the suggested retail price, whereas the $10/unit I quoted is our exclusive wholesale closeout cost for qualified resellers. We source these in bulk and pass the savings on, so your landed cost per unit is $10.00. Would you like to see an Amazon profitability analysis at that cost, or shall we walk through placing an order?    2:22 PM

Yes, I want to see Amazon profitability analysis at that cost and I want to know the lead times    2:26 PM ✓✓

 B0CYTB1BWV 

**Product Title:** Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy

3:09

  **NixBot | Phoenix International**

mineral Sunscreen 50

2:13 PM ✓✓



**Amazon.com : Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest...**
amazon.com

Here's what I found:

1. Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and Body | Women and Men. 3 oz (85 g)
- Brand: Sky and Sol
- Cost: $10.00 per unit
- MOQ: 1,200 units
- ASIN: B0CYTB1BWV (https://www.amazon.com/dp/B0CYTB1BWV)
- Amazon Unit Sales: 20,000 units/month
- Amazon ROI: 136%

# WHATSAPP CONVERSATION

Name: NixBot | Phoenix International
Number: +1 (831) 204-8569
Platform: Whatsapp
Date: 08/08/25



Today

Hi, still waiting    8:04 AM ✓✓

I'm sorry for the continued delay. I'll follow up with Leo again right now and update you as soon as I hear back. In the meantime, is there anything else I can help you with?    8:04 AM

Can you qoute 40k units of SPF50 here?

May I know if is this delivery or pick up    8:05 AM ✓✓

We ship via carrier or directly to FBA—pickup isn't available. To prepare a quote for 40,000 units of the Sky and Sol SPF 50 (ASIN B0CYTB1BWV), I need two details:
1. Would you like Phoenix to provide standard FBA/WFS prep services for $0.50 per unit? (Yes/No)
2. Are you currently approved/ungated to sell this product on Amazon? (Yes/No)    8:05 AM

Yes to both questions    8:22 AI ↓



Yes to both questions  8:22 AM

Your account is pending approval. Please keep an eye on your email for confirmation. In the meantime, feel free to ask about product offers or request profitability analyses. Let me know how I can assist!  8:23 AM

so i cannot get a quote now? I would love to prepare everything on my end now  8:23 AM

Absolutely—you can get your numbers ready now. For 40,000 units at $10.00 each, that's $400,000. Prep at $0.50 per unit adds $20,000, for a grand total of $420,000 (MOQ is 1,200). Once your account is approved, we'll convert this into a formal order. Let me know if you need anything else in the meantime!  8:24 AM

Yes, hi can I get a quote of the everything cream? Id like to have 20k units i guess.  11:00 AM

Which product would you like to order? Please provide the ASIN, Walmart ID, or the number from the last product list.  11:00 AM



Could you please provide the ASIN (for example, B0CYTCFN1S) or the number from the list for the Everything Cream? That way I can prepare your quote for 20,000 units.
11:02 AM

B0CYTCFN1S
11:04 AM

For 20,000 units of the Sky and Sol Everything Cream, would you like Phoenix to provide standard FBA/WFS prep services at $0.50 per unit? And are you currently approved/ungated to sell this product on Amazon? Please answer Yes or No for each.
11:04 AM

yes if we could run up to 40k of the unit w
can do that
11:05 AM



Would you like Phoenix to provide standard FBA/WFS prep services at $0.50 per unit? Yes or No. And are you currently approved/ungated to sell this product on Amazon? Yes or No.    11:05 AM

yes    11:06 AM ✓✓



okay can i have the quote?    11:07 AM ✓✓

Here's your quote for 40,000 units of Sky and Sol Everything Cream:

- Unit Cost: $12.00
- Quantity: 40,000
- Prep Service: $0.50 per unit (total prep cost $20,000)
- Product Cost: 40,000 × $12.00 = $480,000
- Prep Cost: $20,000
- Grand Total: $500,000

Once your account is approved, just let me know if you'd like to move forward with the order.    11:07 AM

noted, thanks    11:08 AM ✓✓

# Exhibit C

**Phoenix International**
415 Hall Rd
Royal Oaks, CA  95076-5717 USA
+18009203394
leo@phxint.xyz
https://www.phx-distribution.com



**PHOENIX**
*International*

**BILL TO**
JU PAIK
GREEN LINKUS LLC
546 Washington Avenue
Dumont, New Jersey  07628
United States

| INVOICE 1901 |
| --- |
| **DATE** 07/30/2025 |
| **DUE DATE** 07/30/2025 |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Product | Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and Body | Women and Men. 3 oz (85 g) | 1,200 | 10.00 | 12,000.00 |
| | Services | Prep | 1,200 | 0.00 | 0.00 |

Marketplace ID Suggestion: B0CYTB1BWV

| TOTAL DUE | **$12,000.00** |
| --- | --- |

Seller makes no warranty of merchantability of the goods sold under these conditions of sale, and seller makes no warranty that the goods sold under these conditions of sale are fit for any particular purpose. Phoenix International, makes no representations regarding your eligibility or ability to sell or resell products on the Amazon marketplace or anywhere else, and please note that all sales are final. Thank you for your business.

By purchasing from Tejeda Inc dab Phoenix International, the Buyer acknowledges, understands, and agrees to be bound by the terms set forth herein.

# KAKAOTALK CONVERSATION

NAME: LEO - PHOENIX SALES
NAME: JURIS - CUSTOMER
PLATFORM: KAKAOTALK

2:55 📷 81° 🅼 •

← 👤   (831) 348-8253    📞    ⋮

mean by this

It's 120 units per case

10 boxes





2:55 ⊡ 81° ⋈ ·

← ⊙ (831) 348-8253

Sorry, I was driving and I sent an email with the question that if this product has their own product package box for each unit.

Not sure what you mean by this

It's 120 units per case

10 boxes





# Exhibit D



Tarter Krinsky & Drogin
LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

August 12, 2025

*Via E-mail and Overnight Carrier*

Max Medroso
Delta Ecommerce PR LLC
308 Sherwood Terrace
Middletown, DE 19709
nikolai.r@skyandsol.org
medroso.max@gmail.com
max.m@skyandsol.org
management@triciaredulla.com

Re:  *False Amazon Complaints &*
*Notice to Preserve Documents for Litigation*

Dear Mr. Medroso,

We are litigation counsel to HAS Brands LLC dba Amazon seller "HAS BRANDS" ("HAS"). It has come to our attention that you and your company, Delta Ecommerce PR LLC dba Sky & Sol, seek to stifle legitimate competition by filing false and defamatory statements to Amazon.com ("Amazon") regarding HAS and its products. Specifically, you have bombarded Amazon with bogus reports pertaining to Sky & Sol products sold by HAS. We are providing you with one opportunity to remedy these actions before filing suit.

For example, in late July, your employee, Mr. Hassan Ilyas, submitted a trademark report to Amazon in which he swore under penalty of perjury that the products sold by HAS were "not manufactured, packaged, or distributed by Sky & Sol."  Mr. Hassan made numerous additional defamatory and outlandish statements to Amazon regarding HAS.  As a result of this report, which was assigned Complaint ID: 18171210071, Amazon deactivated ASIN: B0CYTB1BWV.  Of course, Amazon subsequently agreed that this report was meritless and reactivated the impacted listing.

Undeterred, you and your company submitted additional reports to Amazon suggesting that the Sky & Sol products sold by HAS were stolen.  HAS's patience has ended. The foregoing false reports violate numerous state and federal laws. Specifically, you and your

2

company's actions give rise to claims for defamation and tortious interference, as well as other torts available under state business statutes and the common law.

We have been instructed by HAS to demand that you and your company:

(1) immediately cease and desist from engaging in the above activity, namely, making any further statements to Amazon regarding HAS's products or otherwise interfering in HAS's business;

(2) retract all outstanding reports through the appropriate Amazon reporting tool(s); and

(3) make an appropriate payment to HAS for the lost sales and other expenses incurred as a result of you and your company's unlawful conduct.

Please confirm that you will comply with the above demands by the close of business on **August 15, 2025.**  If we do not hear from you, HAS intends to pursue all available remedies including legal action and oppose your company's pending trademark applications to ensure that they are never registered.

We are certain that you can appreciate the seriousness of the allegations made and the need to address this matter swiftly. Therefore, **let this letter serve as notice of reasonably anticipated litigation and notification of you and your company's obligations to preserve all records and information, including all documents, e-mails and electronically stored information related to the above claims.**

*Nothing in this letter should be taken as a waiver of any of our client's rights or defenses, all of which are expressly reserved.*

Very truly yours,

TARTER KRINSKY & DROGIN LLP

*/s Mark Berkowitz*

Mark Berkowitz

---------- Forwarded message ---------
From: **Mark Berkowitz** <mberkowitz@tarterkrinsky.com>
Date: Fri, 22 Aug 2025 at 05:47
Subject: RE: [EXT] Re: Letter to Delta Ecommerce PR LLC dba Sky & Sol
To: Max Medroso <max.m@skyandsol.org>

Max,

We've tried to work with you and your company in good faith to resolve this matter.  However, HAS Brands cannot wait any longer.

Attached is the lawsuit we will be filing tomorrow.  If you would like to complete a

settlement/resolution please complete the steps outlined in our August 19th email by tomorrow morning (Eastern Time).


Thanks.




**Mark Berkowitz|Partner**
T: 212-216-1166|F: 212-216-8001
mberkowitz@tarterkrinsky.com|Bio

Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2024 best places to work in NYC*

---

*Notice to Foreign IP Agents: Please copy* **manageddocket@docket.tarterkrinsky.com** *on prosecution matters and* **ap@tarterkrinsky.com** *for invoice submissions. Thank you.*

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s)). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                              :

| | | |
|---|---|---|
| HAS BRANDS LLC, | : | **Civil Action No. _____** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **COMPLAINT AND JURY TRIAL DEMAND** |
| | : | |
| DELTA ECOMMERCE PR LLC; and MAX MEDROSO, | : | |
| | : | |
| Defendants. | : | ***Electronically Filed*** |
| | : | |

---------------------------------------------------------- x

     Plaintiff HAS Brands LLC ("Plaintiff"), by and through its counsel, for its Complaint against Delta Ecommerce PR LLC dba Sky & Sol ("Sky & Sol") and Max Medroso ("Medroso") (collectively, "Defendants"), alleges as follows:

## INTRODUCTION

     1.     Defendants are engaged in a criminal scheme to manipulate, fix, and control the pricing for consumer products on online marketplaces.

     2.     In furtherance of the scheme, Defendants knowingly and deliberately submit false reports to online platforms, including Amazon.com, in order to prevent third parties from reselling genuine products on the marketplace at competitive prices.

     3.     Defendants' nefarious actions cause consumers to pay more for common goods, undermine Amazon's competitive pricing policies, and intentionally caused harm to Plaintiff.

     4.     This action seeks redress for these tortious, defamatory, and anticompetitive activities.

-1-

## PARTIES

5.      Plaintiff is a company organized and existing under the laws of the State of New York, with a place of business at 519 8TH Avenue, Room 800, New York, NY 10018-5182.

6.      On information and belief, Defendant Sky & Sol is a company organized and existing under the laws of the State of Delaware, with a principal place of business at 308 Sherwood Terrace, Middletown, DE 19709.

7.      On information and belief, Defendant Medroso is the owner of Defendant Sky & Sol and was responsible for directing the unlawful acts described herein.  Medroso can be served at 308 Sherwood Terrace, Middletown, DE 19709.

## JURISDICTION AND VENUE

8.      The Court has subject matter jurisdiction over this action pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202; the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*., including 15 U.S.C. § 1121; and 28 U.S.C. §§ 1331, 1338, and 1367.

9.      Defendants are subject to general jurisdiction in this Court because they reside in this District.

10.     Defendants are subject to specific jurisdiction in this Court, *inter alia*, because they conduct business in the District and have committed at least some of the acts complained of herein within this District.

11.     On information and belief, Defendant Sky & Sol sells large quantities of various products, including skincare products, to customers in New York, engages distributors based in New York, maintains an interactive website accessed by residents of New York, and otherwise avails itself of the privilege of doing business in the State of New York.

091295\3\180091563.v1

12.     Each of the Defendants have purposely directed their activities, including the illegal acts against Plaintiff described below, toward this District and this action arises from those activities.

13.     On information and belief, Defendants' illegal acts against Plaintiff described below were made to further Defendants' transaction of business in New York by improperly excluding a New York competitor, Plaintiff, from conducting business in New York.

14.     Venue in this District is proper under 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claims occurred in this District and the Defendants are subject to personal jurisdiction in this District.

## BACKGROUND FACTS

15.     Defendant Sky & Sol is in the business of manufacturing and distributing skincare products, including products sold under the Sky & Sol marks ("Sky & Sol Products").

16.     Defendant Sky & Sol is the owner of U.S. Trademark Application No. 99322595 for SKY & SOL.

17.     Defendant Medroso is the owner of Defendant Sky & Sol and committed the unlawful acts described herein.

18.     Plaintiff is in the business of lawfully acquiring and re-selling various consumer products for a profit.

19.     Plaintiff resells products through an Amazon storefront.

20.     Since its formation, Plaintiff has served thousands of customers through its Amazon storefront.

21.     Defendants' illegal actions have irreparably damaged, and threaten to destroy, Plaintiff's successful business.

## ONLINE MARKETPLACES

22.    Upon information and belief, Amazon is the world's largest online retailer.

23.    According to published reports, Amazon is worth more than the next eight largest retailers located in the United States combined. *See* JP Mangalindan, *Amazon is now worth more than America's 8 largest retailers combined*, Yahoo Finance (Jan. 25, 2017), https://finance.yahoo.com/news/amazon-is-now-worth-more-than-americas-8-largest-retailers-combined-124101625.html.

24.    Amazon's online e-commerce platform allows for third-parties, like Plaintiff, to sell products on its e-commerce platform.

25.    The privilege of selling on Amazon is highly advantageous, as Amazon provides third-parties with exposure to the world marketplace on a scale that no other online retailer can currently provide.

26.    From the outset, Plaintiff has had a contractual and business relationship with Amazon, such that Plaintiff was and is permitted to sell products on Amazon's e-commerce platform.

27.    Third-party sellers, like Plaintiff, create an online storefront on Amazon. When a customer buys a product on Amazon, the customer can see the online store from which the customer is purchasing a product. Thus, Plaintiff has the online equivalent of a brick-and-mortar store.

28.    A significant portion of Plaintiff's business is derived from the sale of products on Amazon and, in particular, through its Amazon storefront.

29.    Once Plaintiff acquires products from reputable sources, Plaintiff resells the same products on Amazon at a profit.

-4-

30.     In general, transactions on Plaintiff's Amazon storefront are completed by Amazon, whereby Amazon ships Plaintiff's products from an Amazon warehouse (known as "Fulfilment by Amazon" or "FBA").

31.     Plaintiff has invested significant efforts into building a successful and reputable Amazon storefront.

32.     Plaintiff's Amazon storefront holds a near perfect customer rating.

33.     A small sample of Plaintiff's recent reviews are shown below:



34.     Any harm that comes to the relationship between Plaintiff and Amazon creates a potential for serious and irreparable injury to Plaintiff.

## DEFENDANTS STIFLE COMPETITION BY FILING FALSE INTELLECTUAL PROPERTY COMPLAINTS

35.     On information and belief, Defendants seek to increase their profits by controlling the distribution and pricing of their products, including the Sky & Sol Products, through unlawful means.

36.     As demonstrated below, Defendants have engaged in a coordinated effort to preclude select third-parties from reselling genuine Sky & Sol Products on online marketplaces by false allegations of intellectual property infringement and defamation.

37.     On information and belief, the purpose of these false complaints and defamatory statements was to prevent Plaintiff from selling genuine Sky & Sol Products on Amazon.

38.     On information and belief, the purpose of these false complaints was to damage Plaintiff's reputation and goodwill, such that Amazon would suspend or terminate its relationship with Plaintiff.

39.     Because Plaintiff sells only genuine products through its Amazon storefront, Defendants have no legitimate intellectual property claim(s) against Plaintiff.

40.     Under the first sale doctrine, Plaintiff is lawfully permitted to re-sell Sky & Sol Products without violating the intellectual property rights or other legal rights of Defendants.

41.     The first sale doctrine provides that, once a manufacturer places a product in the stream of commerce through its first sale, it can no longer enforce its intellectual property rights with regard to re-sellers, so long as the re-sellers are selling authentic, unaltered products.

42.     It is well-known among brand owners that Amazon has a policy of acting on virtually any notice of intellectual property infringement, whether legitimate or not.

43.     As one Amazon expert explained:

In order to meet a minimum liability standard, Amazon will act upon properly submitted and completed notice claims of infringement. They will notify specified

marketplace sellers which party reported them, on what listing, and how to reach that would-be rights owner via email. The rest though, is up to you. And, unless you (and possibly your legal team) can prove that the Notice claim is false, Amazon considers it valid and actionable.

***Unfortunately, word is out among potential Notice claim abusers that anyone can submit a form.*** Amazon [is] not worried about additional vetting or verification processes. Investigators merely check the form for completed content in all the right spaces, kill the listings and send off the notifications.

They don't independently verify that any of the information is actually correct, or valid. The rights owner makes a legally-binding declaration in the form, and signs it.

See Chris McCabe, *False Infringement Claims are Rife on Amazon*, WebRetailer (Apr. 11,

2018), https://www.webretailer.com/lean-commerce/false-infringement-claims-amazon/

(emphasis added).

44.      On information and belief, Defendants were, at all relevant times, aware of the

foregoing Amazon policy with respect to reports of intellectual property infringement.

45.      On information and belief, Defendants were, at all relevant times, aware that

Amazon will act on reports of trademark infringement, regardless of the truth of the report.

46.      Defendants filed complaints with Amazon that alleged that Plaintiff was selling

infringing Sky & Sol Products and/or stolen Sky & Sol Products.

47.      Defendants knew, or should have known, that such allegations were false.

48.      Each complaint submitted to Amazon was signed under penalty of perjury by an

employee or agent of Defendants.

49.      For example, when submitting an infringement report to Amazon, an intellectual

property rights owner must read and accept the following statements:

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

-7-

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

Report Infringement, https://www.amazon.com/report/infringement (last visited October 31, 2019).

50.     Once confirmed through discovery, all other individual(s) responsible for the false intellectual property complaints described below, will be added as defendants in this action.

51.     On or about July 30, 2025, Plaintiff received a notice from Amazon stating as follows:

**Rights owner details:**

-- Nikolai
-- nikolai.r@skyandsol.org

**Rights owner communication:** Dear Amazon Brand Registry Enforcement Team, We are filing a formal and urgent infringement complaint against HAS BRANDS, an unauthorized seller currently hijacking ASIN B0CYTB1BWV, which is part of our protected brand portfolio: Sky & Sol (USPTO Serial No. 98417942, filed and active). We are the sole manufacturer and brand owner of all Sky & Sol products. HAS BRANDS is not authorized, affiliated, or licensed by us in any capacity. We have now completed a test order which confirms they are actively violating Amazon's policies and U.S. trademark law. ✅ Test Buy Confirmation: Seller: HAS BRANDS ASIN: B0CYTB1BWV (SPF 50 Non-Toxic Mineral Sunscreen) Order ID: 112-3926832-8451433 Status: Product delivered Result: The item received is not manufactured, packaged, or distributed by Sky & Sol. It falsely presents itself under our brand name both on the Amazon listing and on the physical product, despite having zero affiliation with us. ⚠️ Violations: Trademark Infringement: Unauthorized use of our federally filed brand "Sky & Sol" False Representation: Misleading customers into believing they are buying from us Amazon IP & Listing Abuse Policies Breach: Clear evidence of unauthorized listing and brand impersonation Lanham Act Violation (15 U.S. Code § 1125): False designation of origin and deceptive trade practices 🚫 Context: This violation occurred during a critical high-traffic sales window. It has caused measurable financial damage and brand dilution. HAS BRANDS is part of a wave of hijackers attaching to our ASINs, using deceptive branding and delayed shipping to avoid enforcement. We have physical evidence in-hand and can provide photos and documentation if required. 🔒 Immediate Action Requested: Remove HAS BRANDS from ASIN B0CYTB1BWV immediately Flag and restrict their account for repeated unauthorized brand activity Grant ASIN-level protection to our brand to prevent future reattachment by unauthorized sellers We expect urgent enforcement. Amazon's commitment to protecting customers and brand owners must extend to those actively defending their IP with hard evidence — which we have submitted here. Thank you for your prompt action. Sincerely, Hassan Ilyas
**ASIN:** B0CYTB1BWV
**Title:** Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and Body | Women and Men. 3 oz (85 g)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18171210071

52.     The Sky & Sol Products identified in the above report are genuine.

53.     The Sky & Sol Products identified in the above report were manufactured and distributed by Sky & Sol.

54.     On information and belief, prior to filing the above report, Defendants knew that the Sky & Sol Products sold by Plaintiff did not infringe Sky & Sol trademark rights.

55.     Having been unsuccessful in fully accomplishing their goals of removing Plaintiff's ability to resell Sky & Sol Products, on or about August 8, Defendants reported to Amazon that Plaintiff was selling "stolen" Sky & Sol Products.

56.     Defendants knew that the Sky & Sol Products sold by Plaintiff were not stolen.

57.     On information and belief, Defendants' allegation that the Sky & Sol Product were infringing or stolen was knowingly false and made in bad faith.

58.     On information and belief, Defendants have filed similar false complaints against other Amazon sellers.

## HARM TO PLAINTIFF

59.     As a result of the above false rights complaints, Plaintiff's listings relating to Sky & Sol Products were suspended, resulting in an immediate loss of revenue.

60.     It is well-known that complaints to Amazon put Amazon sellers in jeopardy of a full selling suspension, meaning that Plaintiff's ability to sell any and all products on Amazon would be lost.

61.     On information and belief, Defendants were aware that complaints to Amazon, particularly those alleging trademark infringement and/or the sale of stolen goods, result in selling suspensions.

62.     On information and belief, Defendants have used these same tactics, namely filing false infringement and/or stolen goods complaints, against other Amazon sellers.

63.     At no time has Plaintiff ever sold Sky & Sol Products that infringed any of Sky & Sol's intellectual property or other legal rights.

64.     The Sky & Sol Products sold by Plaintiff were, at all times, authentic products bearing the name of the manufacturer, and were otherwise, at all times, sold lawfully.

65.     Defendants knowingly made false intellectual property rights complaints against Plaintiff.

66.     Upon information and belief, the true purpose of these complaints was to ensure the suspension of Plaintiff's marketplace listings, control pricing and eliminate fair competition.

**COUNT I - DECLARATORY JUDGMENT**
(No Trademark Infringement)

67.     Plaintiff realleges and incorporates all previous paragraphs.

68.     Defendants manufacture and distribute Sky & Sol Products and place such products into the stream of commerce.

69.     Plaintiff stocks, displays, and resells new, genuine Sky & Sol Products, each bearing a true mark.

70.     Defendants have submitted one or more complaints to Amazon that state that Plaintiff sold Sky & Sol Products that infringed Defendants' trademark rights and sold stolen goods.

71.     The Sky & Sol Products sold by Plaintiff were genuine, in their original packaging and lawfully acquired.

72.     Defendants' complaints caused the suspension of Plaintiff's selling privileges as they relate to Sky & Sol Products.

73.     As a result of the suspension of Plaintiff's selling privileges, Plaintiff was unable to sell inventory of Sky & Sol Products on the Amazon.com platform.

74.     Defendants' complaints put Plaintiff in jeopardy of permanent suspension of all selling privileges, which will cause extraordinary, irreparable, and untold damage on a business that is in the virtually exclusive business of selling products on e-commerce platforms.

75.     Under these facts, an actual controversy exists between Plaintiff and Defendants.

76.     Plaintiff is entitled to a declaratory judgment that it has not violated Defendants' trademark rights or other rights, whether under Federal or State law.

## COUNT II – DEFAMATION

77.     Plaintiff realleges and incorporates all previous paragraphs.

78.     Defendants published false statements to Amazon regarding Plaintiff as described in this Complaint, including reporting to Amazon that Plaintiff was selling infringing Sky & Sol Products that infringed Defendants' trademark rights and were stolen.

79.     Plaintiff did not infringe the Sky & Sol Registration.

80.     Defendants published false statements to Amazon regarding Plaintiff as described in this Complaint, including reporting to Amazon that Plaintiff was selling stolen Sky & Sol Products.

81.     Plaintiff did not sell stolen Sky & Sol Products.

82.     Defendants' false statements were injurious to Plaintiff's business because they caused Amazon to suspend Plaintiff's selling privileges related to Sky & Sol Products.

83.     Defendants' false statements were injurious to Plaintiff's business because they caused Amazon's and Plaintiff's customers to avoid purchasing products from Plaintiff.

84.     Upon information and belief, Defendants were, at a minimum, negligent in making the false statements to Amazon because, among other things, Defendants knew that Plaintiff sells genuine products.

85.     Defendants' false statements are not protected by any privilege.

-11-

86.    Defendants acted with actual malice or with reckless disregard for the truth of the matter contained in Defendants' false statements to Amazon and Plaintiff's customers.

87.    False statements that are directed to the honesty, efficiency, or other business character traits amount to defamation *per se*.

88.    Here, Defendants published statements that Plaintiff was engaged in trademark infringement and distribution of stolen goods.

89.    Defendants' false statements constitute defamation *per se*.

90.    Additionally, Plaintiff incurred special harm, including, but not limited to, suspension from selling Sky & Sol Products and damage to its relationship with Amazon and its customers.

91.    Whether by defamation per se or by special harm, Plaintiff has suffered injury as Plaintiff's selling privileges related to Sky & Sol Products have been suspended and Plaintiff has lost sales of Sky & Sol Products and many other products.

92.    Plaintiff is entitled to damages, costs, and fees as allowed by law.

93.    Plaintiff has suffered injury and, unless Defendants are enjoined from such activity, will continue to suffer injury.

### COUNT III – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

94.    Plaintiff realleges and incorporates all previous paragraphs.

95.    Plaintiff has had an advantageous business relationship with Amazon, which allows Plaintiff to sell on Amazon's e-commerce platform as a third-party seller.

96.    Plaintiff is also in a contractual relationship with Amazon. Specifically, Plaintiff has entered into the Amazon Services Business Solutions Agreement ("BSA") with Amazon.

97. The BSA, including Paragraph S-1.2: (1) allows Plaintiff to list products for sale on the Amazon marketplace and promote the products; and (2) requires that Amazon process orders and remit payment to Plaintiff for sales.

98. At all relevant times, Defendants were aware of Plaintiff's business relationship with Amazon, as well as Plaintiff's contractual relationship with Amazon.

99. At all relevant times, Defendants were aware of the terms and conditions of Amazon's BSA and related policies, as well as the advantageous business relationship that comes with being an Amazon seller.

100. Defendants intentionally and improperly interfered with Plaintiff's advantageous and contractual relationship with Amazon by complaining, in writing, to Amazon, that Plaintiff was selling infringing products.

101. Defendants' conduct directly and proximately caused disruption of Plaintiff's relationship and contract with Amazon, including a breach of Paragraph S-1.2 of the BSA.

102. Defendants intended to cause Amazon to suspend Plaintiff's ability to sell Sky & Sol Products on Amazon and therefore interfere with the business relationship Amazon had with Plaintiff.

103. Defendants had actual knowledge that their actions would cause Amazon to suspend Plaintiff's ability to sell Sky & Sol Products on Amazon.

104. Defendants' accusations of infringement and sale of stolen goods, made directly to Amazon, were for the improper purpose of suppressing competition.

105. Defendants' actions interfered with Plaintiff's business relationship with Amazon and proximately caused Plaintiff's listings of Sky & Sol Products to be suspended.

091295\3\180091563.v1

106.    Defendants' actions interfered with Plaintiff's business relationship with Amazon and proximately caused the suspension of Plaintiff's selling privileges.

107.    The intentions of Defendants are demonstrated by the fact that Defendants did not perform any test purchases prior to alleging that the products sold by Plaintiff were infringing.

108.    The intentions of Defendants are demonstrated by the fact that Defendants have never offered any coherent explanation for their reports of trademark infringement.

109.    Defendants' accusations were false and were made maliciously and with ill will.

110.    Plaintiff has been damaged by suspension of these listings by losing revenue related to Sky & Sol Products.

111.    Plaintiff is entitled to damages, costs and attorneys' fees as allowed by law.

112.    Plaintiff has suffered injury and, unless Defendants are enjoined from such activity, will continue to suffer injury.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays for judgment as follows:

A.    An order declaring that Plaintiff has not infringed any valid and enforceable intellectual property right owned by Defendants, including the Sky & Sol Registration;

B.    Preliminary and permanent injunctive relief restraining Defendants, their agents, servants, employees, successors and assigns, and all others in concert and privity with Defendants, from filing complaints with Amazon and any other e-commerce platform.

C.    Injunctive relief requiring Defendants to rescind all complaints that they have filed against Plaintiff;

D.    An award of all damages that Plaintiff has suffered as a result of Defendants' defamation;

-14-

E.      An award of all damages that Plaintiff has suffered as a result of Defendants'

tortious interference;

F.      An award of all costs and fees incurred in this Action; and

G.      Such other and further relief as the Court shall find just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial for all issues triable by jury including, but not limited

to, those issues and claims set forth in any amended complaint or consolidated action.

Dated: August __, 2025                          Respectfully submitted,

                                                TARTER KRINSKY & DROGIN LLP

                                        By: */s*_____
                                                Mark Berkowitz
                                                1350 Broadway
                                                New York, NY  10018
                                                Tel.:    (212) 216-8000
                                                Fax:     (212) 216-8001
                                                E-mail: mberkowitz@tarterkrinsky.com

                                                *Attorneys for Plaintiff*

-15-

# Exhibit E

| Shipment Location Name (Name of 3PL) | TGC-USA 3PL | | | | | | | | | | | | | | | | | | |
| Address: | 4320 W Kearney STE 115, Springfield, MO 65803 | | | | | | | | | | | | | | | | | | |

| Shipment Name | Shipping Method | PO Number | Stock Keeping Unit(SKU) | Item Name | Picture | description | UPC Code | EXP | ETA | Number of Unit | Weight of Unit | PCS/CTN | CTNS | Total Quantity (PCS) | Total Quantity (count as 1) | Total Quantity (count as PCS) | G.W (KGS) | Total Volume (KGS) | Cartons are palleted? (Y/N) | BOX SIZE CM | CBM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SH-26-TGC-USA 3PL | SEA-MAX | PO2904023-PO2505030 | SS-MS-50-3 | Face and Body Sunscreen SPF50 防晒霜SPF50 | | 83g | 198168953099 | 15-May-2028 | 4-Jun-2025 | 1 | 99g | 120 | 904 | 108480 | 108500 | 108500 | 13.50 | 12204.00 | N | 60*50.2*16CM | 43.566 |
| | | | | | | | | | | 20 | 1 | 20 | | / | / | / | / | / |
| | | PO2503022 | SS-DNM-3 | Face and Body Moisturizer 保湿霜 | | 83g | 198168306239 | 17-Apr-2028 | 30-Apr-2025 | 1 | 99g | 120 | 416 | 49920 | 49920 | 49920 | 13.50 | 5616.00 | N | 60*50.2*16CM | 20.048 |
| | | | SS-LB-25-3 | Lip Balm SPF25 唇膏SPF25 | | 9g/pc, 3pc in a box | 198168754115 | 27-Apr-2028 | 27-Apr-2025 | 3 | 85g | 192 | 78 | 14976 | 14976 | 14976 | 17.00 | 1326.00 | N | 50.2*42.2*30.5CM | 5.040 |
| | | PO2504025 | SS-Serum | Tallow Serum 牛脂精华液 | | 30ml, glass bottle | 198715597332 | 5-May-2028 | 14-May-2025 | 1 | 143.5 | 100 | 100 | 10000 | 10000 | 10000 | 15.10 | 1510.00 | N | 44.5*44.5*14CM | 2.772 |
| | | PO2503018 | SS-TS-5 | Tallow Soap 牛脂皂 | | 150g/pc. (Pack of 3) | 198168984567 | 1-Apr-2028 | 8-Apr-2025 | 3 | 510g | 40 | 125 | 5000 | 5015 | 15045 | 20.50 | 2562.50 | N | 42*34*23CM | 4.106 |
| | | | | | | | | | | 15 | / | 15 | | / | / | / | / | / |
| | | | | | | | | | | | | | | | **Total Weight (KG)** | | **23219** | | **Total CBM** | **75.53** |
| SH-26-TGC-USA 3PL | SEA-MAX | INVOICE NO: 20250604 | SS-BW-25 | Bamboo Wipes | | Disposable Face towel | 199284553231 | / | / | / | / | / | 167 | / | / | 120024 | / | 3315.00 | N | 53.5*46.5*43.5CM | 18.000 |
| | | | | | | | | | | | | | | | **Total Volume Weight (KG)** | | **3315** | | **Total CBM** | **18.00** |

### *Summary of Inspection Report*

- ○ *General Info*

  - ■ *Supplier & Factory: Guangzhou Yapeng Fine Chemical Co., Ltd*

  - ■ *Product: Sky and Sol Natural Mineral Sunscreen SPF50*

  - ■ *Style Number: SS-MS-50-3*

  - ■ *Order Quantity: 130,000 PCS*

  - ■ *Actual Available Quantity: 130,125 PCS*

  - ■ *Inspection Date & Location: January 2, 2025, Guangzhou, Guangdong*

  - ■ *Inspector: Jenny Huang, Reviewed by Amy*

  - ■ *Final Judgment:* ✅ *PASSED*

- ○ *Inspection Categories & Results*

  - ■ *Quantity Conformity: Conformed*

  - ■ *Product Conformity:* ⚠️ *Pending [SS–SERUM & TS-5 in in film-resolved]*

  - ■ *Workmanship: Passed*

  - ■ *Data Measurement:  Passed*

  - ■ *On-site Testing:  Pending [didn't allow Drop test]*

  - ■ *Packaging: Passed*

- ○ *Quantity Details*

  - ■ *Conformed*

- ○ *Product Conformity*

  - ■ *Style, Material, Color, and Structure:* ✅ *All matched reference samples*

  - ■ *No approval sample was provided, so conformity is based on provided documentation.*

- ○ *Workmanship*

  - ■ *Inspection per ANSI/ASQ Z1.4 Level II, AQL 2.5 (Major), 4.0 (Minor)*

  - ■ *Sampled: 500 PCS*

  - ■ *Minor Defects Found: 7*

    - ● *3 impurity marks*

    - ● *3 scratch marks*

    - ● *1 white dot*

  - ■ *No critical or major defects → **Passed workmanship check***

- ○ *Data Measurements*

  - ■ ✅ *All dimensions and weights within expected tolerances*

- ○ *On-site Testing*

  - ■ ✅ *Function Check: Passed*

  - ■ ✅ *3M Tape Test: Passed*

  - ■ ✅ *Heavy Metal Test :Passed*

  - ■ ✅ *pH Value Test: Passed*

  - ■ ⚠️ *Carton Drop Test: Refused by factory*

  - ■ ✅ *Barcode scan test: Successful*

- ○ *Packaging Check*

  - ■ ✅ *Conforms to spec for packaging design, labels, tags, instructions, and barcodes*

  - ■ *120 pieces packed per carton; inner packaging uses bubble wrap*

- ○ *Photographic Evidence*

  - ■ *Includes:*

    - ● *Factory exterior & workshop*

- *Carton & packaging layout*

- *Labeling, barcode, product close-ups*

- *Defects shown clearly (pages 4–18)*

- *Test procedures visually documented (odor, pressure, capacity, pH, etc.)*

  - ***Analysis & Notes***

- *No critical nonconformities identified*

- *Inspector recommends **Passed***

- *Client's final approval required for shipment*

- *Notes clarify this is a snapshot of goods at one moment; does not replace contractual responsibilities or serve as shipment authorization*
  - ○

# Exhibit F

Case 3:25-cv-00708-VAB    Document 19    Filed 2/23/25    Page 79 of 180

Date: 06/25/2025       **BILL OF LADING**       Page 1

### SHIP FROM

| | |
|---|---|
| Name: | Rapid freight supply |
| Address: | 15066 shoemaker ave |
| City/State/Zip: | Santa Fe Springs CA 90670 |
| SID#: | FOB: ☐ |
| Expected Ship Date: | 06/26/2025 |
| Shipping Hours: | 13:00-18:00 |
| Stop: | Stop 1 |

### SHIP TO

| | |
|---|---|
| Name: | Good Company Ships |
| Address: | 4320 W Kearney STE 115 |
| City/State/Zip: | Springfield MO 65803 |
| CID#: | FOB: ☐ |
| Expected Delivery Date: | 06/30/2025 |
| Stop: | Stop 2 |

**Bill of Lading Number:**      W32909

**CARRIER NAME:**

Trailer Number:

Seal Number(s):

**SCAC:**

**PRO Number:**

### THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| Name: | |
| Address: | |
| City/State/Zip: | |

SPECIAL INSTRUCTIONS:

**Freight Charge Terms (freight charges are prepaid unless marked otherwise):**

Prepaid _____ Collect _____ Third Party __X__

☐ Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Ref# NICHOOKER1623=527ctns 12P+565ctns 14P | | 44,000 lbs | Y | N | |
| **GRAND TOTAL** | | **44,000 lbs** | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | HM (X) | COMMODITY DESCRIPTION | | NMFC # | NMFC CLASS |
| 26 | Pallets | | | 44,000 lbs | | sun cream/moisturizer/lip Balm/serum/soap | | | |
| 26 | | | | **44,000 lbs** | | **GRAND TOTAL** | | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be  not exceeding

_____ per _____

| P.O. Box 241 | SCOTTSDALE, AZ 85251 Phone: (904) 936-6600 |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature** _____

| **SHIPPER SIGNATURE / DATE** | **Trailer Loaded:** | **Freight Counted:** | **CARRIER SIGNATURE / PICKUP DATE** |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |





YHD

127.

4996

# Lost Report

Delta Ecommerce LLC on June 25, 2025 entrusted our company to carry the U.S. inland FTL card dispatch order (Official Order No.: TI250607185, Bill of Lading No.: NICHOOKER1623 = 527ctns 12P + 565ctns 14P), Delivery Note No.: W32909 The time line of this order is as follows. W32909 The status of each timeline for this order is as follows:

July 7: URBANDESI TRUCKING INC (hereinafter referred to as "Cass") feedback pickup

July 10: Cass feedback local July 9, the car's fuel pump is broken, need to repair.

July 11: Cass feedback with the recipient of the appointment with a new address on July 14 to arrange delivery

July 12: the vehicle GPS location stopped updating

July 14: the driver began to lose contact, the phone can not be reached.

July 17: The trucker believed that the entire shipment was suspected to be missing, a total of 26 pallets and 1,092 cartons.

July 18: Delta Ecommerce LLC made the U.S. shipper (company name: Rapid freight supply, detailed address: 15066 shoemaker ave, SANTA FE SPRINGS, CA 90670) to report to the police at the local police station, and there is no progress yet.

July 22: In order to promote the investigation by the US agent Waggon LLC, we have initiated a claim for Delta Ecommerce LLC locally based on the commercial invoice provided by Delta Ecommerce LLC, and there is no progress yet.

It is hereby certified!

URBANDESI TRUCKING INC
July 31, 2025

# Exhibit G



Date:20250804
To: 中国平安财产保险股份有限公司

Dear Sirs,

## **CLAIM BILL**

We regret to inform you that the following goods have been found in a missing condition as stated below:

Insurance Policy No.: ███████████
Name of Vessel / Flight No.: LURLINE
Bill of Lading / Airway Bill No.: CYNB25060420   Dated: 2025.6.11
Voyage: From   Shanghai            To  LONG BEACH,CA,USA
Description of goods: 防晒霜spf50+保湿霜+唇膏+牛油精华液+牛脂皂，1624箱（198441件）
Discharging Port & Date: LONG BEACH, 2025.6.22

Total Claim Amount: 642304.08 USD
The breakdown of the claim amount is: 435357.62 USD

We will be highly appreciated to see your kind remittance to the bank account as follows:
**Beneficiary: Delta Ecommerce LLC**
**Account No.:** ███████████
**Bank Name:** ███████████████
**Bank Address:** ██████████████████████
**Swift Code:** ████████████
**Currency Type: USD**

Thank you for your cooperation.

Sincerely,

*Max Medroso*



Tel: █████████
Fax:
Person in charge: Max Medroso
Address: ██████████████████████5803
Email: ████████████████

# Exhibit H



Scanned with **SwiftScan**



**Sky and Sol Natural Mineral Sunscreen SPF50**

QTY: 120 PCS

SKU: SS-MS-50-3

G TIN: 198168953099

EXP: May 15 , 2028

1    98168    95309    9

AVOID HEAT

CM







# Exhibit I

VICS Standard BOL: WWW. VICS.ORG For Complete VICS BOL Guideline Information
Date: 07/22/2025

# BILL OF LADING

Page ___ 1

**SHIP FROM**

Name: WPW
Address: 11 Christian Way  *415 Hall Rd #13*
City/State/Zip: Tifton GA 31794. *Royal Oaks CA 95076*
SID#:

FOB: ☐

**SHIP TO**

Name: WPW
Address: 11 Christian Way          Location #: _____
City/State/Zip: Tifton GA 31794
CID#:

FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: GLT
Address: 10 canal street #318
City/State/Zip: Miami Fl 33166

Bill of Lading Number: SHP6120565

BAR CODE SPACE

CARRIER NAME: Best Overnite Express
Trailer number:
Seal number(s):
SCAC: BTVP

BEST          CUSTOMER COPY

**44203981 6**

This shipment is governed by the terms, including the limitation of liability provisions, of the applicable written contract or pricing agreement and, if not expressly superseded, by Best Overnite's rules tariff, a copy of which is available on request.

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect _____   3rd Party _____

☐          Master Bill of Lading: with attached
(check box)    underlying Bills of Lading

SPECIAL INSTRUCTIONS:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 1 pallet 48x40x65 | 36 | 1360 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | pallet | 36 | cases | 1360 | | sunscreen | 70 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RECEIVING
STAMP SPACE

**GRAND TOTAL**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ .

COD Amount: $ _____

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ▪ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Lionel Tejeda*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Dan*  9557  7·24·25
Property described above is received in good order, except as noted.

BN **Brittney Nichole Designs** ✉ Friday                    No Intents Detected ⌄

Good afternoon!

I'm e-mailing in response to an Instagram story you posted (I messaged on Instagram and they mentioned to send an e-mail here).

I purchased Sky & Sol from Amazon in July and wanted to make sure it was an okay batch. I have two young daughters and don't want their skin to react and we've been using this sunscreen since last summer (we love it!!)

* A photo of the product, especially the back showing the LOT number **See attached**

* The seller/storefront name (HASS Brands, in this case) **HAS Brands**

* A screenshot or link to the product listing (if you still have it) **I don't have the link anymore. When I click on the product, it takes me to one sold from you - SKy & Sol, not the HAS brands and when I did a search in their storefront, it didn't come up.**

* Your Amazon order confirmation or receipt **See attached**

* A screenshot of your return request or report, if submitted **I haven't submitted it yet since I wanted to see if this was an okay batch or if this wasn't made by you. I have 4 bottles of them and haven't opened them, but I don't want my daughters to react poorly from it or get sunburned if it isn't the right stuff.**

Let me know if you need any additional information! I appreciate your help with this!

# Order Summary

Order placed July 27, 2025    Order # 111-6656968-6929835

`Print`

**Ship to**

Brittney Lickert
1963 CONWILL RD
STOW, OHIO 44224-2617
United States

**Payment method**

1025

`View related transactions`

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $62.80 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $62.80 |
| Estimated tax to be collected: | $4.24 |
| **Grand Total:** | **$67.04** |

## Delivered July 30
Package was left inside the residence's mailbox



Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural
Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and
Body | Women and Men. 3 oz (85 g)
Sold by: HAS BRANDS
Supplied by: Other
Return or replace items: Eligible through September 3, 2025
$15.70

4

⚠ In order for your email messages to reach your audience's inbox, you need to verify your domains. Click to verify     ✕

**JP**  **Juri Paik**  ✉ Tuesday

Good afternoon,
Can you please verify if the following distributor is your authorized distributor?

https://www.phx-distribution.com/

**Company Phone:** 1-800-920-3394

**Company Hours:** Monday - Friday: 8:00 am - 5:00 pm PST

**Company Email:** sales@phx-distribution.com

**Company Address:** 140 W Franklin St STE 203, Monterey CA 93940

···

**GB**  **Gorgias Bot**  ✉ sent via: AUTO RESPONDER  ✓ Tuesday

Hi Juri,

Thank you for contacting Sky and Sol! This is just a quick note to let you know that we've received your message, and will respond as soon as we can.

During business hours that's usually within a couple hours. Our team is typically available Monday through Friday, so evenings and weekends may take us a little bit longer, but please check out our Help Center for answers to our most frequently asked questions in the meantime.
···

**L**  Liz ✉ ✓ Tuesday

Hi,
Thank you so much for reaching out to verify we really appreciate your diligence.

To clarify, **PHX Distribution is** *not* **an authorized distributor** of our products. We do not authorize any third-party sellers or resellers online; all genuine products should only be purchased directly from us.

If you've already purchased anything from them, could you kindly send us **clear photos of the front and back** of the product? This will help us document the case properly.

We would also truly appreciate it if you could **report this seller.** Unauthorized distribution is something we take seriously, and your report will help us take further action to protect our customers.

Thank you again for bringing this to our attention. Please don't hesitate to reach out if you have any questions or need further assistance.

Warm regards,
Liz
···

**L**  Liz 📁 Tuesday

Order number:
Issue: prod verifivation
Resolution:
Additional Notes:

Actions performed:

✓ Set status: closed

**JP**  **Juri Paik**  ✉ Today at 2:25 AM

Please see attached images and verify if this product came from you directly or not.
These product images are what PHX distribution currently carries.
···



☞ New media files

R    **Rozy** 🟨 Today at 11:48 AM

Order number:
Issue: prod verifivation
Resolution:
Additional Notes: escalate/wait for adv

M    **Max** ✉ ✓ Today at 12:02 PM

Hi Juri,
Thank you for reaching out and sharing this information.

We recently had goods stolen, and your message is being forwarded to the police as part of our active investigation (Case No T25001742). You absolutely did the right thing by contacting us.

A few questions to help us move forward:

- Have you already procured any items?
- Did the seller give you any details on what's available (e.g., total stock per SKU)?
- Did they provide a name, address, or any form of contact information?

Any of that info would be incredibly valuable. We're offering a **$1,000 reward** if the information you provide helps us recover our inventory.
Thanks again for your integrity and assistance.

Sincerely,
**Max**
Founder & CEO, Sky & Sol





# Re: Verifcation for your distributor

≡± Summarize    ☉    ⋮

✓ Close    + Add Tags    ▪ 1ST-MESSAGE ✕    ● urgent ✕                    Liz ▾

Contact reason:  +Add              Product:  +Add              Resolution:  +Add

👁  Viewing:    ▮ Niko

JP  **Juri Paik** ✉ Tuesday

Good afternoon,
Can you please verify if the following distributor is your authorized distributor?

https://www.phx-distribution.com/

**Company Phone:** 1-800-920-3394

**Company Hours:** Monday - Friday: 8:00 am - 5:00 pm PST

**Company Email:** sales@phx-distribution.com

**Company Address:** 140 W Franklin St STE 203, Monterey CA 93940

•••



**Re: Verifcation for your distributor**

✓ Close    + Add Tags    1ST-MESSAGE ✕    ● urgent ✕    Liz ▼

Contact reason: +Add          Product: +Add          Resolution: +Add

👁 Viewing: Niko

L   Liz ✉ ✓ Tuesday

Hi,

Thank you so much for reaching out to verify we really appreciate your diligence.

To clarify, **PHX Distribution is *not* an authorized distributor** of our products. We do not authorize any third-party sellers or resellers online; all genuine products should only be purchased directly from us.

If you've already purchased anything from them, could you kindly send us **clear photos of the front and back** of the product? This will help us document the case properly.

We would also truly appreciate it if you could **report this seller.** Unauthorized distribution is something we take seriously, and your report will help us take further action to protect our customers.

Thank you again for bringing this to our attention. Please don't hesitate to reach out if you have any questions or need further assistance.

Warm regards,
Liz
...

## Re: Verifcation for your distributor

≡± Summarize    ⏲    ⋮

✓ Close    + Add Tags    ● 1ST-MESSAGE ✕    ● urgent ✕

⊥ Liz ▾

Contact reason: +Add    Product: +Add    Resolution: +Add

● 👁 Viewing:    N Niko

JP **Juri Paik** ✉ Today at 2:25 AM

Please see attached images and verify if this product came from you directly or not.
These product images are what PHX distribution currently carries.

●●●

☞ **New media files**

   

R **Rozy** 📁 Today at 11:48 AM

Order number:
Issue: prod verifivation
Resolution:
Additional Notes: escalate/wait for adv



Max Medroso <max.m@skyandsol.org>

## Re: Sky & Sol SPF 50 Amazon Listing, Stolen Goods Compliance

**Sky&Sol Support** <support@skyandsol.co>
To: maxm <max.m@skyandsol.org>

14 August 2025 at 07:48

Regards,

Nikolai
Sky&Sol



============ Forwarded message ============
From: Miles <vemosales@gmail.com>
To: <support@skyandsol.co>
Date: Fri, 08 Aug 2025 18:03:19 -0400
Subject: Fwd: Sky & Sol SPF 50 Amazon Listing, Stolen Goods Compliance
============ Forwarded message ============

---------- Forwarded message ----------
From: **Miles** <vemosales@gmail.com>
Date: Fri, Aug 8, 2025 at 12:41 PM
Subject: Sky & Sol SPF 50 Amazon Listing, Stolen Goods Compliance
To: <tricia.r@skyandsol.org>, <pauline.t@skyandsol.org>, <emily.s@skyandsol-outreach.com>

Hello,

My name is Miles Ting and I am the owner of the Amazon account Vemo Deals. I was previously one of the sellers active on the Sky & Sol Amazon listing for the SPF 50 Sunscreen (ASIN B0CYTB1BWV).

I am reaching out because I just received a section 3 complaint on my seller account for suspicion of selling stolen goods. Upon further investigation I learned that your brand had a truckload of inventory stolen and it is likely that I was supplied with products from this same batch. This is not something I was aware of previously as I purchased your products from a supplier under the presumption that they were sourced directly from your company. I hold myself and my business to a high standard and I would never knowingly sell stolen products so I would like to work with you in order to resolve this issue amicably.

I am willing to fully comply with your investigation in order to reach a resolution beneficial for both parties so please let me know how to proceed with this matter.

Sincerely,
Miles Ting

 **Gmail**

Max Medroso <max.m@skyandsol.org>

## Re: Sky & Sol SPF 50 Amazon Listing, Stolen Goods Compliance

**Max Medroso** <max.m@skyandsol.org>                                        15 August 2025 at 10:57
To: Miles <vemosales@gmail.com>
Cc: Nikolai Robillo <nikolai.r@skyandsol.org>

Hello Miles,

Thank you for sending this, and for your cooperation. I will confer with legal counsel and get back to you soon.

For now, you must stop selling these goods as these are likely stolen products. Additional sales may expose you to liability.

Sincerely,

Max

On Thu, 14 Aug 2025 at 22:48, Miles <vemosales@gmail.com> wrote:
> Hey Max,
>
> Attached are all the invoices I have access to. I went as far up the supply chain as I could.
>
> Miles
>
> On Thu, Aug 14, 2025 at 1:54 AM Max Medroso <max.m@skyandsol.org> wrote:
>> May you provide invoices from the distributor you purchased from, along with photos if you have them?
>>
>> Sincerely,
>>
>> Max
>>
>> On Thu, 14 Aug 2025 at 07:53, Max Medroso <max.m@skyandsol.org> wrote:
>>> Hello Miles,
>>>
>>> Thank you for your email and your cooperation. Please note this is an active criminal and civil investigation with the police with the associated distributor. I will keep you posted on next steps as we get them from our legal counsel.
>>>
>>> Sincerely,
>>>
>>> Max
>>>
>>> On Wed, 13 Aug 2025 at 15:31, Nikolai Robillo <nikolai.r@skyandsol.org> wrote:
>>>> Hi Miles,
>>>>
>>>> I hope you are well. I have CC'd our CEO and Financial Controller to this conversation relating to the goods that you have purchased.
>>>>
>>>> On Wed, 13 Aug 2025 at 21:26, SkyandSol Support <support@skyandsol.co> wrote:
>>>>> Hi Miles,
>>>>>
>>>>> I hope you are well. Niko here I have CC'd my work email and we will be responding to you there.
>>>>>
>>>>> I appreciate you reaching out relating to this matter.
>>>>>
>>>>> Regards,
>>>>>
>>>>> Nikolai
>>>>> Chief Operating Officer
>>>>> Sky and Sol

On Fri, Aug 08, 2025, at 10:03 PM, Miles <vemosales@gmail.com> wrote:

--
Sincerely,
Nikolai Robillo
Chief Operating Officer
Sky and Sol



**9 Syed LLC**

18 Powder Lane
Burlington, NJ  08016 USA
(609) 456-2843
rsydbusiness@gmail.com

## INVOICE

BILL TO
Miles Ting

| | |
|---|---|
| INVOICE | 69386 |
| DATE | 07/17/2025 |
| TERMS | Due on receipt |
| DUE DATE | 07/20/2025 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Sky and Sol Natural Mineral Sunscreen SPF 50 3 oz (85 g) | | 3,300 | 8.00 | 26,400.00 |

| | |
|---|---|
| ONLINE CONVENIENCE FEE | 25.00 |
| PAYMENT | 26,425.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

**Note**: Customer paid an additional $25 convenience fee to pay online.



Q  sky and sol     **SEARCH**     ♡   🛍 Bag (0)



☰ **CATEGORIES**

HOME   ABOUT US   CATALOG   SERVICES ⌄   BRAND LIST   FAQ   CONTACT   APPLY

Sort: Relevance     ⌄                                          ‖ ‖‖ ‖‖‖ ≡





Sky and Sol
Official *Sky and Sol* Daily All-In-One Face
Moisturizer

Login or Apply to access pricing.

👁

🗑

Sky and Sol
Sky and Sol Everything Cream | 100%
Grass Fed Beef Tallow Moisturizer for Face
and Body | Day & Night Skincare | Safe
Natural Edible-Grade Ingredients | After-
Sun Care | All Skin Types | 3 oz

Login or Apply to access pricing.



Sky and Sol
Sky and Sol Non-Toxic Natural Mineral
Sunscreen SPF 50 | Safest Organic Natural
Tallow & Zinc Oxide Sunblock | Reef Safe,
Clean Non-Greasy Formula for Face and
Body | Women and Men. 3 oz (85 g)

Login or Apply to access pricing.

9:40

◀ Mail



Phoenix International
415 Hall Rd
Royal Oaks, CA 95076-5717 USA
+18009203394
leo@phxint.xyz
https://www.phx-distribution.com

**PHOENIX**

| | BILL TO | SHIP TO |
|---|---|---|
| | WPW MEDIA LLC | WPW MEDIA LLC |
| | 11 Christian Way | 11 Christian Way |
| | Tifton, GA 31794-9310 | Tifton, GA 31794-9310 |
| | United States | United States |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Product | Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non Greasy Formula for Face and Body | Woman and Men, 3 oz. (85 g) | 5.500 | 6.50 | 35,750.00 |

Payment Details
ACH Routing No. ███████
Wire Routing No. ███████
Account No. ████████████
Beneficiary Name: Tejeda Inc
dba Phoenix International

Zelle ███████-8253

35,750.00

By purchasing from Tejeda Inc dab Phoenix International, the Buyer acknowledges, understands, and agrees to be bound by the terms set forth herein.



connect.intuit.com    ↻

‹    ⬆    📖    ⧉

EXHIBIT "A"

   0 0

HomeRefund Policy

# Refund Policy

Thank you for choosing Phoenix International! We appreciate your recent purchase and want to ensure your satisfaction with our products. If you encounter any issues with your order, please contact us at leo@phxint.xyz within 30 days of your original purchase date, and we will be happy to assist you.

Please note that our policy does not include refunds. However, we are committed to addressing any concerns you may have and will explore alternative solutions, such as exchanges or store credit, to ensure your experience with Phoenix International is positive.

If you receive a damaged or defective item, please reach out to us immediately with photos of the issue, and we will work swiftly to resolve the matter.

We value your business and look forward to serving you again in the future. If you have any questions or need further assistance, feel free to contact us at leo@phxint.xyz. Thank you for being a part of the Phoenix International community!

**Further Inquiries:**

If you have any further questions, please contact our customer services at:

**Trade name:** Phoenix International
**Email:** leo@phxint.xyz
**Phone:** 831-348-8253
**Mailing Address:** 140 W Franklin St STE 203, Monterey Ca 93940
Monday-Friday: 8:00am to 6:00pm | Saturday-Sunday: 10:00am to 3:00pm

This is a standard cookie notice which you can easily adapt or disable as you like in the admin. We use cookies to ensure that we give you the best experience on our website.

HERE TO HELP

PRIVACY POLICY     ACCEPT ✓

+

Copyright © 2025, Phoenix International. Powered by Shopify

↑ TOP

This is a standard cookie notice which you can easily adapt or disable as you like in the admin. We use cookies to ensure that we give you the best experience on our website.

PRIVACY POLICY     ACCEPT ✓

# INVOICE

**WPW Media LLC**
11 Christian Way
Tifton, GA 31794-9310

info@wpwmedia.com
+1 (229) 457-5949
www.WPWMedia.com



**Bill to**
9 Syed LLC
18 Powder Lane
Burlington, NJ 08016 USA

**Ship to**
12 S Middlesex Ave
Monroe Township, NJ 08831

**Shipping info**
Ship date: 07/21/2025

**Invoice details**
Invoice no.: 1334
Terms: Due on receipt
Invoice date: 07/17/2025
Due date: 07/17/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Sky & Sol Sunscreen** | Non-Toxic Natural Mineral Sunscreen SPF 50 \| Safest Organic Natural Tallow & Zinc Oxide Sunblock \| Reef Safe, Clean Non-Greasy Formula for Face and Body \| Women and Men. 3 oz (85 g) | 4300 | $7.00 | $30,100.00 |
| 2. | **Shipping Charges** | | 1 | $560.00 | $560.00 |

See attached

|  |  |
|---|---|
| **Total** | **$30,660.00** |
| Deposit | $2,310.00 |
| **Balance due** | **$28,350.00** |

## Note to customer
Terms and conditions can be found at
https://www.WPWMedia.com/pages/terms-and-conditions

# INVOICE

**WPW Media LLC**
11 Christian Way
Tifton, GA 31794-9310

info@wpwmedia.com
+1 (229) 457-5949
www.WPWMedia.com



**Bill to**
A Joure llc
312 W 2nd St
Cheyenne, Wy 82601

**Ship to**
A Joure llc
TBD

**Shipping info**
Ship via: Ltl
Ship date: 07/17/2025

**Invoice details**
Invoice no.: 1335
Terms: Due on receipt
Invoice date: 07/17/2025
Due date: 07/17/2025

| # | Product or service | SKU | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | Sky & Sol Sunscreen | SkySolSpf50 | Non-Toxic Natural Mineral Sunscreen SPF 50 \| Safest Organic Natural Tallow & Zinc Oxide Sunblock \| Reef Safe, Clean Non-Greasy Formula for Face and Body \| Women and Men. 3 oz (85 g) | 1200 | $7.50 | $9,000.00 |

See attached

| | |
|---|---|
| Total | **$9,000.00** |
| Payment | -$9,000.00 |
| Balance due | **$0.00** |

**Paid in Full**

## Note to customer

Terms and conditions can be found at
https://www.WPWMedia.com/pages/terms-and-conditions

EXHIBIT "C"







Click to see full view

# Everyday Sunscreen SPF 50: Grass-Fed Tallow & Zinc Oxide, Water Resistant, Naturally Scented, Lightweight Mineral Formula for Face and Body | 3 oz (85 g)

Visit the Sky and Sol Store

4.1 ★★★★☆ ∨ (1,817)  |  Search this page

**9K+ bought** in past month

**-45%** $21^{94} ($7.31 / ounce)

List Price: $39.99 ⓘ

Pay $21.94 **$0.00**; **get a $200 Amazon Gift Card instantly** upon approval for the Amazon Business Prime Card. Terms apply. **Learn more**

Available with free Prime shipping from <u>other sellers on Amazon</u>.

 Buying multiple items? **Go to multi-select**

Pattern Name: **SPF 50**



| $36.99 ($12.33 / ounce) $39.99 FREE Delivery Today 7 AM - 11 AM | $21.94 ($7.31 / ounce) $39.99 |
|---|---|

**Scent**  Unscented

$21^{94} ($7.31 / ounce)

FREE delivery **August 19 - 21**. Details

⊙ Deliver to Sky - Middletown 19709

## In Stock

Qty: 1 ∨

Request quote for 456+

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from and sold by Droptime distributions.

**Seller Credentials:**
Classified Small Business - SBA Standard

Return policy:
30-day refund/replacement ∨

Add to List

## Other sellers on Amazon

New (2) from $21.94  & **FREE Shipping**

# Order Details

Order placed August 12, 2025 | Order # 112-7875377-5036256

View invoice

**Ship to**

JASON REYES
308 SHERWOOD TER
MIDDLETOWN DE 19709-2196
MIDDLETOWN, DE 19709-2196
United States

**Payment method**

 3581

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.94 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $21.94 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$21.94** |

**Order method**   Business

## Delivered August 19

Package was left inside the residence's mailbox

 Sky and Sol Mineral Sunscreen SPF 50 | With Grass-Fed Tallow & Zinc Oxide | Non-Greasy
Formula for Face & Body | Made Without Reef-Harming UV Filters | 3 oz (85 g)
Sold by: Droptime distributions
Supplied by: Other
Return or replace items: Eligible through September 18, 2025
$21.94

 Buy it again    View your item

Problem with order

Track package

Return or replace items

Share gift receipt

Leave seller feedback

Write a product review

Print packing slip





**P**

U.S
POSTAGE
PAID

# USPS PRIORITY MAIL

THE WADOP
7861269433
1812 NW 198TH ST
HIALEAH FL 33015

SHIP TO:

JASON REYES
+1 346-307-9643 EXT
308 SHERWOOD TE
MIDDLETOWN DE

USPS TRA

9505 5034 30

# Delivered August 19

See all orders

Package was left inside the residence's mailbox



## Shipped with USPS

Tracking ID: 9505503439510964154710

See all updates

*Tracking info provided by Droptime distributions*
*You can also contact the seller with questions about the tracking info.*

| Return or replace items | Buy again | Need help with this package |



# Order Summary

Order placed August 28, 2025     Order # 111-4692278-7670618



**Ship to**

Marissa M (from Mutya)
771 ASHINGTON DR
MIDDLETOWN, DE 19709-7519
United States

**Payment method**

1003

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $31.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $31.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$31.99** |

## Delivered September 2

Package was left inside the residence's mailbox



Sky and Sol Mineral Sunscreen SPF 50 | With Grass-Fed Tallow & Zinc Oxide | Non-Greasy Formula for Face & Body | Made Without Reef-Harming UV Filters | 3 oz (85 g)
Sold by: EmpireDiscounts
Supplied by: Other
Return or replace items: Eligible through October 1, 2025
$31.99



8/28/25, 4:34 PM

about:blank

**G**

USPS GRO
ADVANTA
U.S. POSTAGE
ATFM
o-Postage

## USPS GROUND ADVANTAGE ™

KATHERINE CRUZ
88 MIDLAND AVE
GARFIELD NEW JERSEY 07026-1839

Mailed From 07026-1
WT: 4 00

SHIP   MARISSA M (FROM MUTYA)
TO:    771 ASHINGTON DR
       MIDDLETOWN DE 19709-7519

### USPS TRACKING # EP

9300 1109 6601 2828 7632 68

about blank                                          1/1

MFD: 05/16/2025
EXP: 05/15/2028
LOT 25A0516



# New payment request from EZ-GOODS INC. - invoice 57139

**EZ-GOODS INC.** <quickbooks@notification.intuit.com>                    Mon, Jul 14, 2025 at 1:01 PM
Reply-To: ezgoods56@gmail.com
To: orennationwide@gmail.com

[Quoted text hidden]

📄 **INVOICE_57139_from_EZ-GOODS INC_.pdf**
   22K

# INVOICE

**EZ-GOODS INC.**
5620 1st Ave
Brooklyn, NY 11220

ezgoods56@gmail.com
+1 (347) 554-4002

**Bill to**
Has Brands LLC
227 Butler Street
Elizabeth, NJ 07206

**Ship to**
Has Brands LLC
227 Butler Street
Elizabeth, NJ 07206

**Shipping info**
Ship date: 07/14/2025

**Invoice details**
Invoice no.: 57139
Terms: Due on receipt
Invoice date: 07/14/2025
Due date: 07/14/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Services** | Sky and SOL face and body sunscreen spf 50 3oz | 18000 | $8.00 | $144,000.00 |

**CHASE** ◆ *for* **BUSINESS** ®

Printed from Chase for Business

---

## Transaction details

---

PLAT BUS CHECKING (...5963)

---

## -$100,000.00
Outgoing wire transfer

 Jul 22, 2025
Posted date

PLAT BUS CHECKING (...5963)
Account name

3247975203ES
Transaction ID

POSTED
Status

SWIFT/FED/CHIP ID

---

### Beneficiary information

Account   ....7377

Name   EZ-GOODS INC

Address   162 44TH ST STE 2 BROOKLYN NY 11232-3326 US

---

### Bank information

Related references   BMG OF 25/07/22

---

### Additional information

---

For transaction details, please refer to the periodic statement for the official record of this transaction. For outgoing payments you may also access up to 13 months of wire transfer history from the Wire activity/Global activity page.

---

JPMorgan Chase Bank, N.A. Member FDIC                    ©2025 JPMorgan Chase & Co                    Equal Opportunity Lender

**CHASE** *for* BUSINESS®

Printed from Chase for Business

---

## Transaction details

---

## PLAT BUS CHECKING (...5963)

---

### -$48,000.00
Outgoing wire transfer

 Jul 15, 2025
Posted date

PLAT BUS CHECKING (...5963)
Account name

3559745196ES
Transaction ID

POSTED
Status

SWIFT/FED/CHIP ID

---

### Beneficiary information

Account  ....7377

Name  EZ-GOODS INC

Address  162 44TH ST STE 2 BROOKLYN NY 11232-3326 US

---

### Bank information

Related references  BMG OF 25/07/15

---

### Additional information

---

For transaction details, please refer to the periodic statement for the official record of this transaction. For outgoing payments you may also access up to 13 months of wire transfer history from the Wire activity/Global activity page.

---

JPMorgan Chase Bank, N.A. Member FDIC                    ©2025 JPMorgan Chase & Co                    Equal Opportunity Lender

# Order Details

Order placed July 18, 2025 | Order # 112-3926832-8451433

View invoice

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| Max Medroso |  3581 | Item(s) Subtotal: | $19.45 |
| 308 SHERWOOD TER | | Shipping & Handling: | $20.21 |
| MIDDLETOWN, DE 19709-2196 | View related transactions | Total before tax: | $39.66 |
| United States | | Estimated tax to be collected: | $0.00 |
| | | **Grand Total:** | **$39.66** |

**Order method**      Business

## Delivered July 26

Package was left inside the residence's mailbox



Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and Body | Women and Men. 3 oz (85 g)

Sold by: HAS BRANDS

Supplied by: Other

Return or replace items: Eligible through August 22, 2025

$19.45

 Buy it again    View your item

Problem with order

Track package

Return or replace items

Share gift receipt

Leave seller feedback

Write a product review

Print packing slip

# HAS BRANDS

Established 2021

★★★★★  **97% positive** in the last 12 months (2575 ratings)

**Have a question for HAS BRANDS?**

Ask a question

## Shipping performance 30 days

What's this?    Is this information helpful?

**Quality, Diversity, Federal Certifications and Credentials**

889 certification (pdf)

*For additional information, see Amazon's Seller Certification and Credential Program.*

**Fullfilled by seller**

Orders
10,000+

Shipped on time
100%

**Fullfilled by Amazon**

Orders
10,000+

Shipped on time
Same as Amazon Prime

HAS BRANDS is committed to providing each customer with the highest standard of customer service.

## Detailed Seller Information

**Business Name:**HAS BRANDS LLC
**Business Address:**
519 8TH AVE
RM 800
NEW YORK
NY
10018-5182
US

# FBA

## Box 1 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
SWF2 via UPS Yonkers
557 Tuckahoe Road
Yonkers, NY 10710
United States

**Sky and Sol**                               Created: 2025/07/21 16:23 EDT (-04)



FBA18ZC4ZMRHU000001



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B1

**PLEASE LEAVE THIS LABEL UNCOVERED**



# FBA

## Box 2 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
SWF2 via UPS Yonkers
557 Tuckahoe Road
Yonkers, NY 10710
United States

Sky and Sol                    Created: 2025/07/21 16:23 EDT (-04)



FBA18ZC4ZMRHU000002



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B2

**PLEASE LEAVE THIS LABEL UNCOVERED**



# FBA

## Box 1 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
MDW2
250 EMERALD DR
Joliet, IL 60433-3280
United States

**Sky and Sol**                              Created: 2025/07/21 15:23 CDT (-05)



FBA18ZC4GJWBU000001



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B5

**PLEASE LEAVE THIS LABEL UNCOVERED**



MM LEE CORP LA
701 EAST 59TH STREET
LOS ANGELES CA 90011

**29 LBS**          **1 OF 2**

DWT: 24,21,7

**SHIP TO:**
MDW2
250 EMERALD DR
**JOLIET IL 60433-3280**

**IL 604 2-01**

**UPS GROUND**
TRACKING #: 1Z 229 F7W 03 8752 5773

BILLING: P/P

XOL 25.06.27     NV45 30.0A 07/2025®

# FBA

## Box 2 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
MDW2
250 EMERALD DR
Joliet, IL 60433-3280
United States

**Sky and Sol**                    Created: 2025/07/21 15:23 CDT (-05)



FBA18ZC4GJWBU000002



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B8

**PLEASE LEAVE THIS LABEL UNCOVERED**



# FBA

## Box 1 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
LGB8
1568 N Linden Ave
Rialto, CA 92376-8624
United States

**Sky and Sol**                                    Created: 2025/07/21 13:23 PDT (-07)



FBA18ZC3WMFMU000001



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B4

**PLEASE LEAVE THIS LABEL UNCOVERED**



# FBA

## Box 2 of 2 - 29lb

SHIP FROM:
mm lee corp la
701 East 59th Street
Los Angeles, CA 90011
United States

SHIP TO:
FBA: Mm lee corp.
LGB8
1568 N Linden Ave
Rialto, CA 92376-8624
United States

Sky and Sol                                    Created: 2025/07/21 13:23 PDT (-07)



FBA18ZC3WMFMU000002



Single SKU
Sky and Sol spf 50
Qty 120   Exp Aug 10, 2027
P1 - B10

**PLEASE LEAVE THIS LABEL UNCOVERED**



< 156  Danyal Shamloo

amazon.com
**Fri, Jul 11**
https://www.amazon.com/Revlon-UniqONE-Hair-Treatment-Ounce/dp/B00M9B66BU
We need this item. Please let us know if any of your suppliers have this product available.@Omar G ~ Prestige Productions          9:32 AM ✓✓

↱ *Forwarded*
He's not selling it on Amazon, so it's a bit more stock than you think it is.
9:46 AM ✓✓

↱ *Forwarded*
He's thinking about it. I'll let you know what he says
9:46 AM ✓✓

Each sku. Is one pallet  10:13 AM

1 pallet is moq  10:13 AM

📞 **Voice call**
No answer    11:33 AM

📞 **Voice call**
2 min    11:33 AM

Yo bro hold up  11:41 AM

Tell ur guy to hold  11:42 AM

📞 **Voice call**
21 sec
11:42 AM

10:34

< 156    Danyal Shamloo

Fri, Jul 11    Fob??    12:30 PM

It's here    12:31 PM

LA    12:31 PM

Voice call
1 min    12:32 PM

Hey bro what's update?    1:12 PM

My guys client is being a hard ass thinking there's stock for 7.25. Told him go buy    1:24 PM

Hel come back    1:24 PM

Close him    1:26 PM

Voice call
1 min    1:26 PM

Voice call
1 min    1:43 PM

Voice call
30 sec    1:53 PM

$6 30k units    2:15 PM

send you a PO    2:15 PM

10:34

**156**   **Danyal Shamloo**

Fri, Jul 11

**Voice call**
53 sec          2:15 PM

**Missed voice call**
Tap to call back     2:33 PM

Hey bro send me po   2:34 PM

Did u get your deposit   2:34 PM

**Voice call**
3 min        2:35 PM

**Missed voice call**
Tap to call back     3:02 PM

➤ Forwarded
30k units 100% done   3:03 PM

➤ Forwarded
?        3:03 PM

**Voice call**
4 min        3:08 PM

Sat, Jul 12

Hey bro can you have your guy send
deposit tmrw via Zelle tmrw?
                    11:23 PM

Since Shabbat is over



**10:34**

‹ 156    **Danyal Shamloo**

**Sun, Jul 13**
↪ *Forwarded*
They will send on Monday    12:17 PM ✓✓

**Mon, Jul 14**

↗ **Voice call**
No answer    7:37 AM

How many units per case    7:38 AM ✓✓

Need it for the PO    7:38 AM ✓✓

And call me when your up    7:38 AM ✓✓

↙ **Voice call**
3 min
10:09 AM

Prestige Productions LLC

**Purchase Order**

pdf    Purchase order – Purchase order (1).pdf
2 pages · 49 KB · pdf

11:39 AM ✓✓
👍

**Agreement Terms**

Indemnification

Vendor shall fully defend, indemnify, and hold harmless Prestige Productions from any and all claims, lawsuits, demands, causes of action, liability, loss, damage and/or injury, of any kind whatsoever (including without limitation all claims for monetary loss, property damage, equitable relief, personal injury and/or

＋

10:35

< 156  **Danyal Shamloo**



pdf **Purchase order - Purchase order (1).pdf**
2 pages · 49 KB · pdf

11:39 AM ✓✓

**Agreement Terms**

Indemnification

Vendor shall fully defend, indemnify, and hold harmless Prestige Productions from any and all claims, lawsuits, demands, causes of action, liability, loss, damage and/or injury, of any kind whatsoever (including without limitation all claims for monetary loss, property damage, equitable relief, personal injury and/or

pdf **Agreement_Prestige_Production-s.pdf**
3 pages · 4 KB · pdf

11:39 AM ✓✓

lmk when you send invoice    11:39 AM ✓✓

⏸ ···||||||||||||||||||||||||·||·||||··|··  1×  🎤
0:06              11:43 AM

No worries take your time idc as long we're locked on it    11:45 AM ✓✓

📞 **Missed voice call**
Tap to call back    11:50 AM

Otp one sec    11:50 AM ✓✓

Hey bro call me    11:50 AM

+

10:35

< 156 **Danyal Shamloo**

Ok 11:50 AM

**Mon, Jul 14**

whats up 11:50 AM ✓✓

📞 **Voice call**
2 min
11:53 AM

Lmk pallet info on 10k 11:59 AM ✓✓

Working on quotes 11:59 AM ✓✓

👍

📞 **Voice call**
No answer
1:46 PM

Hey bro I'll call u in a min 1:46 PM

📞 **Voice call**
1 min
1:48 PM

📞 **Voice call**
2 min
2:59 PM

📞 **Voice call**
3 min
3:09 PM

📞 **Missed voice call**
Tap to call back
3:38 PM

📞 **Voice call**
No answer
3:39 P

Missed voice call

+

10:35

< 156   **Danyal Shamloo**

**Mon, Jul 14**
Hey bro text me   3:39 PM ✓✓

Hey bro just got off the phone with sam, it think you misunderstood him, he meant the 10% of the remainder of the load.   3:40 PM

When he sends we get 12k for the next two loads   3:41 PM

Cause we have to buy it and pay out of pocket to bring this in   3:41 PM

↪ Forwarded
Each case is 30 pounds
120 units per case .
44 cases per pallet
5,280 units per pallet   3:45 PM

↪ Forwarded
44x30=1,320 pounds per pallet   3:45 PM

↪ Forwarded
72inches tall   3:47 PM

So what's the total deposit needed   4:03 PM ✓✓

12k   4:10 PM

Okay let me see with my guy   4:11 PM ✓✓

Is a liftgate needed? And picku
address?   4:11 PM ✓✓

+

10:35

< 156  **Danyal Shamloo**

Mon, Jul 14

Let me ask. I wouldn't think so tho

4:11 PM

**You**

Is a liftgate needed? And pickup address?

No need                          4:14 PM

Tue, Jul 15

**Voice call**
32 sec          9:21 AM

Still waiting for wire to clear    10:35 AM ✓✓

Scheduling it for tm    10:35 AM ✓✓

The truck    10:35 AM ✓✓

Ok   10:36 AM

**Voice call**
40 sec          11:08 AM

**Voice call**
No answer    12:08 PM

**Missed voice call**
Tap to call back    12:14 PM

**Missed voice call**

10:35

< 156 **Danyal Shamloo**

Yo bro 12:30 PM **Tue, Jul 15**

I need some type of deposit rn 12:30 PM

Or I can't bring it in 12:30 PM

**Wed, Jul 16**

Danyal 8:28 AM ✓✓



> Mpb Jul 14
> to me
>
> Hey Prestige productions
>
> please refer to the attached invoice.
>
> Please also refer to the attached wire information
> attached and below
> MPB INDUSTRIES, LLC
> 500 N STATE COLLEGE BLVD
> STE 1114
> ORANGE, CA 92868
>
> Account & Routing #
>
> **Account Number** ▮4068
>
> **Routing Numbers**
>
> Paper & Electronic
>
> Use this routing number to order checks, set up direct
> deposits and outgoing payments to other financial
> institutions.
>
> Wires
>
> Use this routing number for all incoming wire transfers.
>
> For an international wire, you'll need one of our 8:28 AM ✓✓

Sending wire, this person correct

8:29 AM ✓✓

Hey bro 9:10 AM

Yes that's it 9:11 AM

+

**10:35**

You
7/16/25, 8:28 AM

< 〽 ⋯

# INVOICE # 714251358  Inbox  ☆

Mpb  Jul 14                                    ☺  ↩  ⋯
to me ∨

Hey Prestige productions

please refer to the attached invoice.

Please also refer to the attached wire information
attached and below
MPB INDUSTRIES, LLC
500 N STATE COLLEGE BLVD
STE 1114
ORANGE, CA 92868

Account & Routing #                            ⌃

**Account Number**              ████ 4068

**Routing Numbers**

Paper & Electronic            ████████

Use this routing number to order checks, set up direct
deposits and outgoing payments to other financial
institutions.

Wires                         ████████

Use this routing number for all incoming wire transfers.

For an international wire, you'll need one of our
SWIFT codes                                 ↩ Reply

📤              ⤳              ☆              🗑

10:35

< 156    **Danyal Shamloo**

Wed, Jul 16                      8:29 AM ✓✓

Hey bro   9:10 AM

Yes that's it   9:11 AM

Sent btw bro   10:19 AM ✓✓

Sorry idk who to communicate to u or
Sam                          10:19 AM ✓✓

All good already talked to   Edited 10:19 AM

Sam   10:19 AM

Bet brother   10:19 AM ✓✓

Count of Garden Of Life Load #4
docs.google.com

https://docs.google.com/spreadsheets/
d/
19J3HkigvPwlElmy0P2hKSqrx7asEA-
J5Kg0Z80uOBhSs/edit?usp=sharing
                              11:50 AM

**Danyal Shamloo**
https://docs.google.com/spreadsheets/d/
19J3HkigvPwlElmy0P2hKSqrx7asEAJ5Kg0Z80u-
OBhSs/edit?usp=sharing

Ok bet let me work this   1:27 PM ✓✓

Voice call
4 min   2:37 PM

＋

< 156    Danyal Shamloo    📹  📞

Wed, Jul 16

Bet brother    10:19 AM ✓✓

**Count of Garden Of Life Load #4**
docs.google.com

https://docs.google.com/spreadsheets/d/19J3HkigvPwlEImy0P2hKSqrx7asEA-J5Kg0Z80uOBhSs/edit?usp=sharing

11:50 AM

**Danyal Shamloo**
https://docs.google.com/spreadsheets/d/19J3HkigvPwlEImy0P2hKSqrx7asEAJ5Kg0Z80u-OBhSs/edit?usp=sharing

Ok bet let me work this    1:27 PM ✓✓

**Voice call**
4 min    2:37 PM

Thu, Jul 17

**Voice call**
4 min    8:55 AM



10:35

< 156    **Danyal Shamloo**

Thu, Jul 17

Prints                                              8:56 AM ✓✓

Any update?    9:37 AM ✓✓

Lmk    10:34 AM ✓✓

**Missed voice call**
Tap to call back        11:57 AM

**Voice call**
No answer    11:59 AM

**Missed voice call**
Tap to call back        11:59 AM

One sec client    12:00 PM ✓✓

**Voice call**
3 min
12:06 PM

**Danyal Shamloo**
https://docs.google.com/spreadsheets/d/
19J3HkigvPwlElmy0P2hKSqrx7asEAJ5Kg0Z80u-
OBhSs/edit?usp=sharing

.                                    12:08 PM ✓✓

**Danyal Shamloo**
https://docs.google.com/spreadsheets/d/
19J3HkigvPwlElmy0P2hKSqrx7asEAJ5Kg0Z80u-
OBhSs/edit?usp=sharing                        ⌄

What's price                      12:12 PM ✓✓

+



10:36

< 156   **Danyal Shamloo**

Thu, Jul 17

Beautiful Preciate it bro.   1:13 PM ✓✓

Please ask for how much remaining sunscreen is available. I need exact count so I can talk to my guy about it and work on the moisturizer

1:14 PM ✓✓

**Missed voice call**
Tap to call back   1:20 PM

30k units of moisturizers ready to go lmk

1:21 PM

**Voice call**
2 min   1:22 PM

It's 10k for now brother   1:26 PM

We can't get any more sunscreen as of now

1:27 PM

**Voice call**
No answer   1:29 PM

**Missed voice call**
Tap to call back   1:32 PM

**Voice call**
2 min   1:34 PM

+

00:34
 Hey, bro. I'm sending invoice right now. Sorry, bro. I'm just out of office right now dealing with some stuff. I'm sending the invoice in about like 30 minutes. It should be in your email.

01:32
 Thank you.

02:07
 Yo, bro, I zelled you 5k myself and the other seven, my guy has to send it to you. So I told him right now, my time right now, and he's going to send it to you. So yeah. Yo, bro, I zelled you 5k myself and the other seven, my guy has to send it to you. So I told him right now, my time right now, and he's going to send it to you. So yeah.

02:46
 Hey, bro. Listen, I thought I had the samples with me. I already gave them away a while ago. So I thought I had it, but I don't. So I have to wait on Malachi to get the samples. So once I get that sorted, brother, I'll give it to you. Because I think Malachi is in Vegas.

## MPB INDUSTRIES LLC
MBPINDUSTRIES2024@GMAIL.COM
TEL: 346-427-3487

| | |
|---|---|
| INVOICE | 714251358 |
| DATE | 7/14/2025 |
| DUE DATE | 7/14/2025 |
| TRK | |
| CTN | 250 cases |

**BILL TO: PRESTIGE PRODUCTIONS**
24 COOPER, LAKE FOREST CA 92630
PRESTIGEPRODUCTIONS12@GMAIL.COM
949-529-8866

SHIP TO:   **PRESTIGE PRODUCTIONS**
24 COOPER, LAKE FOREST CA 92630
PRESTIGEPRODUCTIONS12@GMAIL.COM
949-529-8866

| ITEM | PC/ CTN | CTN | Price/ctn | PCS | PRICE /PCS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 3oz.  B0CYTB1BWV | 120 | 250 | 720.00 | 30000.00 | 6.00 | $180,000.00 |

| | | |
|---|---|---|
| TOTAL | $ | 180,000.00 |
| PAYMENT | | |
| OVER DUE | $ | 180,000.00 |

1. PURPOSE : The Buyer desires to purchase, and the Seller agrees to supply, certain products for resale under the terms and conditions set forth in this Agreement.
2. PRODUCTS & PRICING : Seller shall provide a wholesale price list to Buyer. All prices are subject to change with prior written notice. Pricing is exclusive of taxes, shipping, and handling unless otherwise stated.
3. ORDERING & PAYMENT TERMS : Accepted payment methods: ACH, Wire Transfer, Cash.
4. SHIPPING & DELIVERY : Buyer is responsible for shipping and handling fees unless otherwise agreed. **Risk of loss passes to Buyer upon delivery to the carrier.** Estimated delivery dates are not guaranteed.
5. CONDITION OF GOODS / FINAL SALE : **ALL SALES ARE FINAL.** Products are sold **AS IS** with no warranties, express or implied, including merchantability or fitness for a particular purpose. Buyer acknowledges and agrees that they receive all merchandise in its current condition, and once the goods leave the Seller's warehouse, the sale is considered complete and final. Buyer assumes all responsibility for the goods upon leaving Seller's premises and waives all rights to claims or refunds thereafter.
6. RETURNS & CANCELLATIONS : Seller does not accept returns or cancellations once an order is confirmed, except in cases of error made by the Seller.
7. INTELLECTUAL PROPERTY : Buyer shall not copy, replicate, or infringe upon any trademarks, trade dress, or intellectual property associated with the Seller's products or branding.
8. LIMITATION OF LIABILITY : Seller shall not be liable for any indirect, incidental, or consequential damages. Seller's total liability shall not exceed the value of the order placed by the Buyer.
9. GOVERNING LAW : This Agreement shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflict of laws principles.
10. DISPUTE RESOLUTION : In the event of any dispute, claim, or controversy arising out of or relating to this Agreement, the Parties agree to attempt resolution through mediation in the County of Los Angeles, State of California, before seeking any other remedy. If mediation fails, the dispute shall be resolved through binding arbitration in the County of Los Angeles in accordance with the rules of the American Arbitration Association (AAA). Each Party shall bear its own costs of arbitration.
11. ENTIRE AGREEMENT : This Agreement constitutes the entire agreement between the Parties. No other understandings, statements, promises, or inducements contrary to the terms contained herein shall be valid or binding.
13. INSPECTION AND ACCEPTANCE : Buyer, or its agent, shall have the opportunity to inspect the goods upon pickup. Should the Buyer choose not to inspect the goods, whether by choice or omission, it shall be deemed a waiver of inspection and constitute full acceptance of the goods in their current condition. Any concerns must be raised at the time of pickup. Failure to do so shall constitute full acceptance, and the Buyer assumes all responsibility thereafter.
12. AMENDMENTS : Any amendment to this Agreement must be in writing and signed by both Parties.
13. ACKNOWLEDGMENT BY EMAIL : Buyer agrees that receipt of this Agreement by email, coupled with continued business activity (such as order placement, payment, or receipt of goods), shall constitute acknowledgment and acceptance of its terms, even if no signature is returned.





10:27

‹ 155    Sam Shamloo    📞⌄

→ Forwarded
**Thu, Aug 7**

[Forwarded email image]
10:37 AM ✓✓

📞 **Voice call**
3 min                    1:11 PM

**Any updates?** 3:16 PM ✓✓

Nah bro just waiting on them 3:17 PM

**Ok push them, we have no choice**
3:17 PM ✓✓

I am brother. The disconnect here is that my boss on this deal (MPB INDUSTRIES) is the one in talks with the vendor. That's why it's been slower to get responses. I made the point to him that 60k isn't worth losing a relationship that can yield us much more, and that the litigation would not be worth it, for that amount. Boss seems to have agreed. Just waiting on him to tell me

+                    ⌨  🖼 🎤

## Prestige Productions LLC

24 Cooper
Lake forest, 92630, CA
949 529 8866

# Purchase Order

| **Date** | **Invoice** | **P.O. number** |
|---|---|---|
| 7/14/2025 | #2654 | 2654 |

| **Ship date** | **Ship via** | **Terms** |
|---|---|---|
| 7/21/2025 | Pickup | |

| **Vendor** | **Ship to** |
|---|---|
| **Name** | **Omar Gawdat** |
| S&N Supplies | Prestige Production LLC |
| 17624 Rosa drew ln | 24 Cooper |
| Irvine, CA, 92612, 25B | Lake forest, CA, 92630 |
| | 949 529 8866 |
| INFO@SN-SUPPLIES.COM | Prestigeproductions12@gmail.com |

| Item # | Description | Qty | Unit price | Total price |
|---|---|---|---|---|
| 12345-A | Sky and SOl SPF 50 | 30,000 | $6.00 | $180,000.00 |

|  | $0.00 |
|---|---|
|  | $0.00 |
| Subtotal | **$180,000.00** |
| Shipping & handling | |
| Tax rate | |
| Sales tax | |
| **$180,000.00** | |

10:27

< 155  Sam Shamloo

Ok hb' Thu, Aug 7 ' happens  4:03 PM ✓✓

**You**
📷 Photo

Where is the letter from the brand ?
4:07 PM

This is just an Amazon letter is what they're saying..
4:07 PM

These guys are being dicks kind of my boss included bro im trynna work it but they aren't taking this letter seriously bro
4:09 PM

📞 **Missed voice call**
Tap to call back  4:19 PM

Bro, can you please email the email that sent you the invoice with an explanation and the letter they sent him
4:19 PM

In these circumstances, This situation is out of my league, since I'm not the one calling any shots.
4:20 PM

↗ **Voice call**
No answer  4:22 PM

📞 **Voice call**
15 min  4:32 PM

Hey were gonna need a address to ship

10:28

< 155    Sam Shamloo

**Thu, Aug 7**

Hey were gonna need a address to ship
back the goods too tm   Edited 11:13 PM ✓✓

**Fri, Aug 8**

? We're not there yet hbb im trynna
figure it out with them. I'll lyk tomorrow.
                                    12:15 AM

Ok brother lmk. Js know we have to act
fast this guy doesn't play hel have the
feds on this asap          12:16 AM ✓✓

Gm bro, lmk updates   9:48 AM ✓✓

Hey bro whats going on   2:13 PM ✓✓

We need to figure this shit out, not a
thing to put off          2:13 PM ✓✓

▶  ●|∙∙∙∙∙∙∙|||||||||||||||||||||
   0:56              3:30 PM

I'm confused why would this guy rather
wait till the feds get involved?   3:32 PM ✓✓

▶  ●||||||||∙|∙||||||∙∙||||||∙|∙|∙|||||
   0:37              3:34 PM

📞↗  **Voice call**
     No answer
                    3:40 PM

+                           ⬭  ◎  🎤

10:29

< 155    Sam Shamloo

Call me bro    3:41 PM ✓✓

Fri, Aug 8

📞 **Voice call**
13 min
3:45 PM

Sat, Aug 9

Hey brotha we're gonna need to have the bread by Monday so this guy doesn't have the feds on us    6:17 PM ✓✓

Sun, Aug 10

No progress bro /: this guy is such an idiot I don't know what options I even have at this point but to let him get sued..    2:52 AM

This guy being My boss's vendor.    2:53 AM

My boss isn't coming out of pocket since his vendor is liable .    2:53 AM

Worst case scenario he sues him    2:54 AM

Who sues who?    1:11 PM ✓✓

If nothing happens we're all gonna get sued and the feds will be after us 😭    1:11 PM ✓

Your guy has to come out of pocket

10:30

< 155    Sam Shamloo    📞⌄

Your guy has to come out of pocket
Sun, Aug 10                    1:11 PM ✓✓

Because the stolen goods are coming
from ur bosses vendor          1:11 PM ✓✓

So what are the next steps, trying to
resolve this not let it drag out
1:12 PM ✓✓

Mon, Aug 11

Sam brother    8:54 AM ✓✓

Lmk so we can figure this out hbb
8:54 AM ✓✓

I'll be in touch bro. We can go through
arbitration he mentioned that on the
phone yesterday.
9:17 AM

Let's see, lmk what the move is so I can
discuss with my client
9:34 AM ✓✓

Doterra you have?    10:37 AM ✓✓

The 5k load    10:37 AM ✓✓

Yes i do have    10:38 AM

📞↗ **Voice call**
No answer    10:38 AM

**You**
Let's see, lmk what the move is so I can discuss

+    ⬜    🗒    📷    🎤

**10:30**

< 155    **Sam Shamloo**

lemme see    12:49 PM

**Mon, Aug 11**

Brother what are we doing with sky and sol    1:42 PM ✓✓

Your guy needs to cover it there's nothing we can do    1:43 PM ✓✓

Same story as before.    3:07 PM

So what are we doing    3:07 PM ✓✓

**You**
40

I can do $45 for a take all as of my price now    3:08 PM

**You**
So what are we doing

Whatever your guy does... pass it down the chain.    3:09 PM

Bro this guy is being extremely stubborn I'm not sure what's wrong w him bro..    7:38 PM

Imma see him tmr.    7:39 PM

On all of us taking the loss?    7:39 PM ✓✓

Sorry for no update.    7:40 PM

Yea.. he doesn't wanna take a loss whatsoever    7:40 PM



10:30

< 155    Sam Shamloo

whatsoever    7:40 PM

That's Js wrong bro    7:46 PM ✓✓

i know brother, i am really frusturated
with this guy bro    11:35 PM

Tue, Aug 12

Gm bro    10:06 AM ✓✓

When you see him let him know, we
need to find a way to fix this
    10:08 AM ✓✓

i think we can do arbitration    10:20 AM

What's the structure    11:17 AM ✓✓

0:00    11:20 AM

Can we all just resolve it as we split the
loss    11:24 AM ✓✓

0:16    11:25 AM

Ok bet bro lmk    11:26 AM ✓✓

Yk this isnt personal bro at the end of
the day just wanna take care of the end

10:31

< 155  Sam Shamloo

Ok bet bro lmk   11:26 AM ✓✓
Tue, Aug 12

Yk this isnt personal bro at the end of the day just wanna take care of the end client and we all stay safe   11:26 AM ✓✓

0:09   11:36 AM   1x

😂😂Bet bro lmk   11:48 AM ✓✓

Beyond that, send me deals   11:58 AM ✓✓

👍

Aberlite EDC - Men's Professional Heated Beard Straightening Brush and Grooming Tool (for 0.5 inch plus Beards) (Black)
amazon.com

https://www.amazon.com/Aberlite-Beard-Straightener-Straightening-Brush/dp/B07MN6LVG2

5040 pcs available

Your price $14.50 MOQ 1000

FOB Los Angeles, Ready to ship   3:25 PM

$12 for you   3:25 PM

↪ Forwarded many times
Get more info about this message.
Search on web



**Sam Shamloo**

Thu, Aug 21    12:21 PM

**Voice call**
19 sec    12:50 PM

**Voice call**
54 sec    1:12 PM

LMK    1:40 PM ✓✓

**Voice call**
46 sec    2:34 PM

**Voice call**
No answer    2:35 PM

Question regarding smth else    2:36 PM ✓✓

Call me    2:36 PM ✓✓

**Voice call**
50 sec    2:36 PM

Hey pls send me the template    6:27 PM ✓✓

Friday

Lmk update on the email bro    9:58 AM ✓✓

Will do g    10:32 AM

Still no response bro what is this

10:32

< 155    **Sam Shamloo**

6:15 PM ✓✓

**Monday**

Sam bro I need you to get this resolved with me. Its unnacceptable that stolen goods get sold and this is how we take care of the situation

9:53 AM ✓✓

Hey bro, I don't know why he isn't responding. He told me he would on Friday. Let me follow up again

11:18 AM

Sam get on his ass. You went under his company for this order I get it but you know thats not how it works. Im buying from you bro

11:19 AM ✓✓

I will bro I have been on his ass    11:21 AM

**Tuesday**

⊘ *This message was deleted.* 9:23 AM

?   9:30 AM ✓✓

**Robot or human?**
walmart.com

LEGO Speed Champions 2 Fast 2 Furious Nissan Skyline GT-R (R34) 76917 Race Car Toy Model Building Kit, Collectible with Racer Minifigure, 2023

+

10:32

< 155    **Sam Shamloo**

**Tuesday**

30k units
9:30 AM

It was this deal g    9:30 AM

**Voice call**
No answer    9:36 AM

Other line hbb    9:36 AM

**Voice call**
20 min    10:27 AM

➤ *Forwarded*

I've escalated the Sky and Sol case, and legal teams will be reaching out to you. I just want to give you a heads-up — you should probably get a lawyer. I'm only telling you this because I value doing business with you.    10:29 AM ✓✓

He's been busy he hasn't even seen the email hbb 🧑    10:58 AM

Any update????    2:08 PM ✓✓

He's not giving the situation much attention so I guess we gotta do what we Gotta do.    5:07 PM

I'm with you 100% bro, I'm sorry he is being like this    5:08 PM

10:32

< 155   Sam Shamloo   ᔊ⌄

J-UUI IVI

**Tuesday**

You're really not Sam. Not a single thing
has happend and your leaving me stuck
deal with 70k and a lawsuit.   5:13PM ✓✓

Look brother, we have the company info
for who dealt the products and their
email invoice and information. I worked
as a contractor for MPB on this deal
bro.. i can't commingle S&N funds into
this deal, I can't make a decision on
MPBs end. What I can do is help in the
process and give you info you need, and
apply pressure to my guy   5:50PM

📞↗ **Voice call**
12 sec   7:38PM

📞↗ **Voice call**
18 min   7:39PM

Hey bro, look, im putting up the boots,
do as you wish with this whole situation,
I guess I'll just let it pile on the stack.
S&N will probably still be operating, but
as for me, I think it's the last of it. For
the situation, I wish you all the best with
this, and I hope that you get your full
money back and that my boss holds
accountability for the sale he made and
backs me and therefore you up in this
situation before things escalate. i hope
you know even if you are suing me I am

＋           ◯   ◎   🎤

**10:33**

< 155  **Sam Shamloo**

do as you wish with this whole situation,
I guess I'll just let it p Tuesday ₂ stack.
S&N will probably still be operating, but
as for me, I think it's the last of it. For
the situation, I wish you all the best with
this, and I hope that you get your full
money back and that my boss holds
accountability for the sale he made and
backs me and therefore you up in this
situation before things escalate. i hope
you know even if you are suing me I am
on your side in this situation, and want
boss to be held accountable and pay up
his fair share. as i know he made good
money here.                          9:49 PM

**Yesterday**

So nothing on the payment?   2:23 PM ✓✓

👍

**Today**

Gotta do what we need to do to
recuperate. Will tell my boss to prep
demand letter for his vendor and you
should do the same on your end. And so
should your client.               2:36 AM

I hate this process but we literally have
no choice but to go through it. No hard
feelings, it is just business. I hope you
get your money back.           2:36 AM

+

00:35
 Hey, brother. Look, my guy's telling me that with what we have right now and what we're showing.

00:52
 If you guys want to proceed with anything or if anything else shows up, pops up other than the letter from Amazon and the Instagram post, please let me know. But with that being said, yeah, it's kind of he's kind of being a hard ass. He doesn't want to do anything. I'm kind of pushing him to do so. I know it's, you know, in this situation, I just want to take care of you and get it over with.

01:11
 But he's telling me there's no reason for him to step up at the current moment until there's further things going on. He's not going to take the goods back just because the guy got kicked off the listing, essentially, is what he's telling me. I hear you, bro. I'm on your side, but the power is out of my hands.

01:33
 well i don't know bro my commission's on hold on it too because he told me okay since this is happening with your client i'm gonna put your commission on hold and this and that was planning at least giving you back my commission when i got it paid so he's being a whole dickhead you know um don't think i'm gonna do any more deals under this guy but he did he's the reason you get such a good price

01:54
 But anyways, with that being said, I'll keep you posted, Rami. I'm really, really pushing him for my commission so I can at least pay you that back. And two, for him to do something that's amicable and reasonable because I really don't think it's fair.

03:17
 It's basically the cheapest alternative to a courtroom. It's basically everyone who's involved in the dispute will get together inside like a Zoom meeting or something organized by the AAA. It's like an arbitration committee, nonprofit organization. And then they help us all come to a solution and mediate something. So that's how it works to my knowledge. I can talk to my guy, figure it out. I'm going to see him in a couple hours. So I'll let you know.

03:47
 I'm going to talk to him today. He's just being really, really difficult. That's the idea I pitched to him yesterday. And I thought it's, you know, I told him, like, why are we not doing this? He's like, we'll talk later. We'll talk later. So I'll talk to him. I'll let you know what he says. My bad.

04:05
 Yeah, bro. No, of course. I know. And I hope you know the same, bro. I hate being in a situation like this with a homie. I was just thinking this to myself. I'm like, fuck, bro. Like, really? I'm in this situation with OG? Like, fuck. But all right, bro. Look, let me get back to you as soon as I talk to him. And let's just try to get this thing sorted. All right?

# INVOICE

**Prestige Production LLC**
24 Cooper
Lake Forest, CA 92630-1433

prestigeproductions12@gmail.com
+1 (949) 529-8866



**PRESTIGE**

**Bill to**
On Point Wholesale Group LLC
1928 East 13th street Brooklyn
NY 11229

**Ship to**
On Point Wholesale Group LLC
1928 East 13th street Brooklyn
NY 11229

**Invoice details**
Invoice no.: 1054
Terms: Net 30
Invoice date: 07/14/2025
Due date: 08/13/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | | 10000 | $6.75 | $67,500.00 |

Wire details.
Prestige Production LLC
Account number: ▮▮▮▮751
Routing number: ▮▮▮▮▮
270 Park Ave, New York, NY 10017

Prestige Production LLC
Zelle: ▮▮▮▮▮▮▮

| | |
|---|---|
| **Total** | **$67,500.00** |
| Payment | -$67,500.00 |
| **Balance due** | **$0.00** |

**Paid in Full**

## Note to customer

Deposit is to be held for security for the next part of the shipment.
Important Terms:Once payment is made, orders are final and cannot
be canceled, changed, or refunded. Buyer is responsible for
ensuring the product is not restricted on Amazon, FBA, or other
marketplaces. We are not liable for brand issues, IP claims, or price
changes. Items may be sourced from various suppliers
(manufacturers, distributors, closeouts, etc.). All trademarks belong
to their rightful owners. Deposits are non-refundable unless the
supplier fails to deliver as agreed. If MAP pricing applies, it will be
disclosed before payment.
All Sales Are Final.

| Order placed | Total | Ship to | Placed by | Order # 112-7215636-2776219 |
|---|---|---|---|---|
| July 31, 2025 | $29.99 | Max Medroso ⌄ | Nikolai Robillo ⌄ | View order details |
| | | | Sky and Sol | Printable Order Summary |

## Delivered September 3

Your package was left near the front door or porch.



Sky and Sol Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non-Greasy Formula for Face and Body | Women and Men. 3 oz (85 g)

Return or replace items: Eligible through October 3, 2025

$29.99

Buy it again

Print packing slip

Track package

Return or replace items

Write a product review

Mark as received

Share gift receipt

Ask Product Question

Chat with us

amazon.com



SBqVMH3zbS

ur order of July 31, 2025 (Order ID 112-7215636-2776219)

y.    Item

|  | Item Price | Total |
|---|---|---|
| Sky and Sol Mineral Sunscreen SPF 50 \| With Grass-Fed Tallow & Zinc Oxide \| Non-Greasy Formula for Face & Body \| Made Wi... Health and Beauty X004RXRHAX | $29.99 | $29.99 |
| 1069814901 198168953099 (Sold by Pure Commerce LLC) | | |

is shipment completes your order.

| | Subtotal | $29.99 |
|---|---|---|
| | Order Total | $29.99 |
| | Paid via credit/debit | $29.99 |

turn or replace your item
sit Amazon.com/returns

BqVMH3zbS/-1 of 1-//MTN2-CART-B/next-1dc/0/0902-14:00/0901-20:35        A5-10

MFD: 05/16/2025
EXP: 05/15/2028
LOT 25A05I6

1  98168  95309  9

VICS Standard BOL: WWW. VICS.ORG  For Complete VICS BOL Guideline Information

| Date: 07/22/2025 | **BILL OF LADING** | Page ___1___ |

| **SHIP FROM** |
| Name: WPW |
| Address: 11 Christian Way |
| City/State/Zip: Tifton GA 31794 |
| SID#: | FOB: ☐ |

**Bill of Lading Number:** SHP6120565

BAR CODE SPACE

| **SHIP TO** |
| Name: WPW | Location #: _____ |
| Address: 11 Christian Way |
| City/State/Zip: Tifton GA 31794 |
| CID#: | FOB: ☐ |

**CARRIER NAME:** Best Overnite Express
Trailer number:
Seal number(s):
**SCAC:** BTVP
**Pro number:**

BAR CODE SPACE

| **THIRD PARTY FREIGHT CHARGES BILL TO** |
| Name: GLT |
| Address: 10 canal street #318 |
| City/State/Zip: Miami Fl 33166 |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party _____

SPECIAL INSTRUCTIONS:

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 1 pallet 48x40x65 | 36 | 1360 | Y      N | |
| | | | Y      N | |
| | | | Y      N | |
| | | | Y      N | |
| | | | Y      N | |
| **GRAND TOTAL** | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| 1 | pallet | 36 | cases | 1360 | | sunscreen | 70 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RECEIVING STAMP SPACE

| | | | **GRAND TOTAL** | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount: $ _____**
**Fee Terms:   Collect: ☐   Prepaid: ☐**
**Customer check acceptable: ☐**

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▪ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____**Shipper**
**Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

9:40

◀ Mail



**Phoenix International**
415 Hall Rd
Royal Oaks, CA 95076-5717 USA
+18009203394
leo@phxint.xyz
https://www.phx-distribution.com

PHOENIX

| | BILL TO | SHIP TO |
|---|---|---|
| | WPW MEDIA LLC | WPW MEDIA LLC |
| | 11 Christian Way | 11 Christian Way |
| | Tifton, GA 31794-9310 | Tifton, GA 31794-9310 |
| | United States | United States |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Product | Non-Toxic Natural Mineral Sunscreen SPF 50 | Safest Organic Natural Tallow & Zinc Oxide Sunblock | Reef Safe, Clean Non Greasy Formula for Face and Body | Woman and Men, 3oz. (85 g) | 5.500 | 6.50 | 35,750.00 |
| | | | | | 35,750.00 |

Payment Details
ACH Routing No. ███████
Wire Routing No. ███████
Account No. ███████
Beneficiary Name: Tejeda Inc
dba Phoenix International

Zelle ███████-8253

By purchasing from Tejeda Inc dab Phoenix International, the Buyer acknowledges, understands, and agrees to be bound by the terms set forth herein.



connect.intuit.com ↻

‹     ⬆     📖     ▤

EXHIBIT "A"



