| | |
|---|---|
| Ian C. Ballon (SBN 141819)<br>GREENBERG TAURIG, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>T: 650.328.8500<br>F: 650.328.8508<br>Ballon@gtlaw.com | Timothy L. Alger (SBN 160303)<br>HARRIS SLIWOSKI LLP<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90071<br>T:  (424) 273-5500<br>timothy@harris-sliwoski.com |
| Attorneys for Defendant<br>TEJEDA INC. d/b/a PHOENIX INTERNATIONAL DISTRIBUTION and a/k/a, PHX INTERNATIONAL DISTRIBUTION, a California corporation, AND LEONEL TEJEDA, an individual | Attorneys for Plaintiffs<br>DELTA ECOMMERCE LLC d/b/a SKY AND SOL, a Delaware limited liability company, and MAX MEDROSO, an individual |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ECOMMERCE LLC d/b/a SKY AND SOL, a Delaware limited liability company, and MAX MEDROSO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>TEJEDA INC. d/b/a PHOENIX INTERNATIONAL DISTRIBUTION and a/k/a, PHX INTERNATIONAL DISTRIBUTION, a California corporation, AND LEONEL TEJEDA, an individual<br><br>    Defendant. | CASE NO.  5:25-cv-07069-NW-SVK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT (L.R. 6-1(a))**<br><br><br>Action Filed:  August 20, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 6-2, Plaintiffs DELTA ECOMMERCE LLC d/b/a SKY AND SOL, AND MAX MEDROSO, hereinafter known as ("Plaintiffs") and Defendant TEJEDA INC. d/b/a PHOENIX INTERNATIONAL DISTRIBUTION and a/k/a PHX INTERNATIONAL DISTRIBUTION, AND LEONEL TEJEDA, hereinafter known as ("Tejada") hereby stipulate and agree that the time within which Defendants must respond to Plaintiff's Second Amended Complaint shall be and hereby is further extended from December 5, 2025 to January 14, 2026. This is the third extension the parties have requested from the Court but does not alter any other deadlines already fixed by the Court.

DATED:  December 5, 2025				GREENBERG TRAURIG, LLP


						By /s/ Ian Ballon
						Ian Ballon
						TEJEDA INC. d/b/a PHOENIX INTERNATIONAL
						DISTRIBUTION and a/k/a, PHX INTERNATIONAL
						DISTRIBUTION, a California corporation, AND LEONEL
						TEJEDA, an individual


DATED: December 5, 2025				HARRIS SLIWOSKI LLP


						By /s/ Timothy L. Alger
						Timothy L. Alger
						Attorneys for Plaintiffs
						DELTA ECOMMERCE LLC d/b/a SKY AND SOL, a
						Delaware limited liability company, and MAX MEDROSO,
						an individual

## ATTESTATION OF FILER

I, Shauna Imanaka, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3).  I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: December 5, 2025            /s/Shauna Imanaka
           Shauna Imanaka