UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DELTA ECOMMERCE LLC d/b/a SKY & SOL, et al.,
Plaintiffs,

v.

HAS BRANDS, LLC, et al.,
Defendants.

Case No. 5:25-cv-07069-NW



## LIMITED MOTION TO DISMISS OR QUASH SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)

**SPECIAL LIMITED APPEARANCE**
Defendant **9 SYED LLC** appears solely for the limited purpose of contesting service of process and does not waive, and expressly preserves, all defenses, including lack of personal jurisdiction.

### I. INTRODUCTION
Defendant 9 Syed LLC respectfully moves to dismiss or, in the alternative, to quash service of process pursuant to Federal Rule of Civil Procedure 12(b)(5). Plaintiffs claim service was effected on December 19, 2025 by serving Registered Agents Inc. at 525 NJ-73, Suite 104, Marlton, New Jersey. That service is legally insufficient because Registered Agents Inc. is not the registered agent for 9 Syed LLC, and service was not made on the registered agent listed with the State of New Jersey, as required by Federal Rule of Civil Procedure 4(h) and New Jersey Court Rule 4:4-4.

### II. FACTUAL BACKGROUND
1. 9 Syed LLC is a domestic limited liability company organized under the laws of the State of New Jersey.
2. At all relevant times, Rayyan Syed has been the duly designated registered agent for 9 Syed LLC.
3. The registered agent's address on file with the New Jersey Division of Revenue is 18 Powder Lane, Burlington, New Jersey 08016, and the address is listed as deliverable.
4. Plaintiffs' Proof of Service (Docket No. 25) states that service was made on Registered Agents Inc. at 525 NJ-73, Suite 104, Marlton, New Jersey 08053.
5. Registered Agents Inc. is not the registered agent for 9 Syed LLC and is not authorized to accept service of process on its behalf.
6. Plaintiffs did not personally serve the registered agent for 9 Syed LLC and did not otherwise comply with applicable federal or New Jersey service rules.

### III. LEGAL STANDARD
Under Federal Rule of Civil Procedure 4(h), service on a limited liability company must be made on its registered agent or in the manner prescribed by state law. Under New Jersey Court Rule 4:4-4, service on a limited liability company must be made on its registered agent when one is designated and available. Insufficient service of process is grounds for dismissal or quashing of service under Federal

Rule of Civil Procedure 12(b)(5).

## IV. ARGUMENT

Plaintiffs' attempted service on 9 Syed LLC is defective because it was made on a third-party entity that is not the registered agent and at an address not listed with the State of New Jersey. Plaintiffs failed to comply with the requirements of FRCP 4(h) and New Jersey Court Rule 4:4-4, and therefore service is insufficient as a matter of law.

## V. REQUEST FOR RELIEF

Defendant 9 Syed LLC respectfully requests that the Court quash the purported service of process, or in the alternative, dismiss Defendant 9 Syed LLC without prejudice for insufficient service of process, and grant such other relief as the Court deems just and proper.

Date: 1/3/26

**9 SYED LLC**
By: _(signature)_
Rayyan Syed
Registered Agent (limited appearance only)
18 Powder Lane
Burlington, NJ 08016

**CERTIFICATE OF SERVICE**
I certify that on _____1/3/26_____, I served a true and correct copy of the foregoing Limited Motion to Dismiss or Quash Service of Process by U.S. Mail on counsel of record.

_____/s/ Rayyan Syed_____
Rayyan Syed

Status Report For:     9 SYED LLC
Report Date:           12/26/2025
Confirmation Number:   253603945841

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

Business ID Number:    0450909167
Business Type:         DOMESTIC LIMITED LIABILITY COMPANY
Status:                ACTIVE
Original Filing Date:  01/10/2023
Stock Amount:          N/A
Home Jurisdiction:     NJ
Status Change Date:    NOT APPLICABLE

## REVOCATION/SUSPENSION INFORMATION

DOR Suspension Start Date:    N/A
DOR Suspension End Date:      N/A
Tax Suspension Start Date:    N/A
Tax Suspension End Date:      N/A

## ANNUAL REPORT INFORMATION

Annual Report Month:        JANUARY
Last Annual Report Filed:   01/21/2025
Year:                       2025

## AGENT/SERVICE OF PROCESS (SOP) INFORMATION

Agent:                      RAYYAN SYED
Agent/SOP Address:          18 POWDER LANE ,BURLINGTON,NJ,08016
Address Status:             DELIVERABLE
Main Business Address:      18 POWDER LANE, BURLINGTON, NJ, 08016 2293
Principal Business Address: 18 Powder Lane,Burlington,NJ,08016

## ASSOCIATED NAMES

Associated Name:   N/A
Type:              N/A

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
|---|---|
| Title: | OTHER |
| Name: | Syed,Rayyan |
| Address: | 18 POWDER LANE, BURLINGTON, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| Original Filing (Certificate)Date: | 2023 |
|---|---|

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2024 |
| Annual Report Filing with address change | 2024 |
| Annual Report filing with officer/member change | 2024 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents

- The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.