United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Delta Ecommerce LLC et al.      ,

Plaintiff(s),

v.

HAS Brands, LLC et al.      ,

Defendant(s).

Case No. 5:25-cv-07069-NW-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sandra A. Hudak , an active member in good standing of the bar of the Appellate Division of the Supreme Court of the State of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: 232 Technologies Inc. in the above-entitled action. My local co-counsel in this case is Renata A. Guidry , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 227713 .

1350 Broadway, New York, NY 10018

MY ADDRESS OF RECORD

(212) 216-1174

MY TELEPHONE # OF RECORD

shudak@tarterkrinsky.com

MY EMAIL ADDRESS OF RECORD

1880 Century Park E, Ste. 1104
Los Angeles, California 90067

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(424) 425-7486

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rguidry@tarterkrinsky.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5287420 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _March 19, 2026_                                                    _Sandra A. Hudak_
                                                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Sandra A. Hudak_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___March 20, 2026___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2