**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
ballon@gtlaw.com
Chloe Le (SBN 366356)
chloe.le@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
T: 650.328.8500
F: 650.328.8508


Attorneys for Defendants
TEJEDA INC. d/b/a PHOENIX
INTERNATIONAL DISTRIBUTION and a/k/a,
PHX INTERNATIONAL DISTRIBUTION, AND
LEONEL TEJEDA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ECOMMERCE LLC d/b/a SKY AND SOL, a Delaware limited liability company, and MAX MEDROSO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TEJEDA INC. d/b/a PHOENIX INTERNATIONAL DISTRIBUTION and a/k/a, PHX INTERNATIONAL DISTRIBUTION, a California corporation, AND LEONEL TEJEDA, an individual <br><br> Defendants. | CASE NO.  5:25-cv-07069-NW-SVK <br><br> **DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br><br> Action Filed:  August 20, 2025 |

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

Defendant Tejeda Inc. d/b/a Phoenix International Distribution and a/k/a Phx International Distribution, and Leonel Tejeda (collectively, "Tejeda Defendants"), answer Plaintiff Delta Ecommerce LLC d/b/a SKY & SOL, and Max Medroso (collectively, "Plaintiffs")'s Third Amended Complaint as follows:

1.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and thus deny them.

2.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 and thus deny them.

3.    The Tejeda Defendants deny the allegations in paragraph 3.

4.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 and thus deny them.

5.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 and thus deny them.

6.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 and thus deny them.

7.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 and thus deny them.

8.    The Tejeda Defendants deny the allegations in paragraph 8.

9.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 and thus deny them.

10.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 and thus deny them.

11.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 and thus deny them.

12.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 and thus deny them.

13.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

14. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and thus deny them.

15. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and thus deny them.

16. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and thus deny them.

17. The Tejeda Defendants deny the allegations in paragraph 17.

18. The Tejeda Defendants deny the allegations in paragraph 18.

19. The Tejeda Defendants deny the allegations in paragraph 19.

20. The Tejeda Defendants deny the allegations in paragraph 20.

21. The Tejeda Defendants deny the allegations in paragraph 21.

22. The Tejeda Defendants deny the allegations in paragraph 22.

23. The Tejeda Defendants deny the allegations in paragraph 23.

24. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and thus deny them.

25. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and thus deny them.

26. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and thus deny them.

27. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and thus deny them.

28. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 and thus deny them.

29. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and thus deny them.

30. The allegations in paragraph 30 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

31. The Tejeda Defendants deny the allegations in paragraph 31.

5:25-cv-07069-NW-SVK

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

32. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and thus deny them.

33. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 and thus deny them.

34. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 and thus deny them.

35. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and thus deny them.

36. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and thus deny them.

37. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and thus deny them.

38. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and thus deny them.

39. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and thus deny them.

40. The allegations in paragraph 40 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

41. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and thus deny them.

42. The Tejeda Defendants admit the allegations in paragraph 42.

43. The Tejeda Defendants deny the allegations in paragraph 43.

44. The Tejeda Defendants admit that Defendant Leonel Tejeda is an individual and California resident with an address at 16231 Apricot Lane, Royal Oaks, CA 95076. The Tejeda Defendants admit that Leonel Tejeda is the Chief Executive Officer and Director of Tejeda Inc.

45. The Tejeda Defendants deny the allegations in paragraph 45.

46. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

47. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and thus deny them.

48. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 and thus deny them.

49. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and thus deny them.

50. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 and thus deny them.

51. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and thus deny them.

52. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and thus deny them.

53. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and thus deny them.

54. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 and thus deny them.

55. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and thus deny them.

56. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 and thus deny them.

57. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and thus deny them.

58. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and thus deny them.

59. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and thus deny them.

60. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and thus deny them.

5:25-cv-07069-NW-SVK

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

61.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 and thus deny them.

62.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 and thus deny them.

63.     The Tejeda Defendants deny the allegations in paragraph 63.

64.     The Tejeda Defendants deny the allegations in paragraph 64.

65.     The Tejeda Defendants deny the allegations in paragraph 65.

66.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 and thus deny them.

67.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 and thus deny them.

68.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 and thus deny them.

69.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and thus deny them.

70.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 and thus deny them.

71.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 and thus deny them.

72.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 and thus deny them.

73.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 and thus deny them.

74.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 and thus deny them.

75.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 and thus deny them.

76.     The Tejeda Defendants deny the allegations in paragraph 76.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

77.     The Tejeda Defendants deny the allegations in paragraph 77.

78.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and thus deny them.

79.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 and thus deny them.

80.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 and thus deny them.

81.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 and thus deny them.

82.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 and thus deny them.

83.     The Tejeda Defendants deny the allegations in paragraph 83.

84.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 and thus deny them.

85.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 and thus deny them.

86.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 and thus deny them.

87.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 and thus deny them.

88.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 and thus deny them.

89.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 and thus deny them.

90.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 and thus deny them.

91.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

92.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 and thus deny them.

93.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 and thus deny them.

94.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94 and thus deny them.

95.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95 and thus deny them.

96.     The Tejeda Defendants deny the allegations in paragraph 96.

97.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 and thus deny them.

98.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98 and thus deny them.

99.     The Tejeda Defendants deny the allegations in paragraph 99.

100.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 and thus deny them.

101.     The Tejeda Defendants deny the allegations in paragraph 101.

102.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 and thus deny them. The Tejeda Defendants deny that they had any knowledge that the products were stolen.

103.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103 and thus deny them.

104.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 and thus deny them.

105.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 and thus deny them.

106.     The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**
ACTIVE 721867468v1

107. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 and thus deny them.

108. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 and thus deny them.

109. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 and thus deny them.

110. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110 and thus deny them.

111. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 and thus deny them.

112. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 and thus deny them.

113. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113 and thus deny them.

114. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114 and thus deny them.

115. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 and thus deny them.

116. The Tejeda Defendants deny the allegations in paragraph 116.

117. The allegations in paragraph 117 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

118. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118 and thus deny them.

119. The Tejeda Defendants deny the allegations in paragraph 119.

120. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120 and thus deny them.

121. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

122.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122 and thus deny them.

123.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123 and thus deny them.

124.    The Tejeda Defendants deny the allegations in paragraph 124.

125.    The Tejeda Defendants deny the allegations in paragraph 125.

126.    The Tejeda Defendants deny the allegations in paragraph 126.

127.    The Tejeda Defendants deny that they sold the SKY & SOL products at prices so low that the goods were obviously stolen. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 127 and thus deny them.

128.    The Tejeda Defendants deny the allegations in paragraph 128.

129.    The Tejeda Defendants deny the allegations in paragraph 129.

130.    The Tejeda Defendants deny the allegations in paragraph 130.

131.    The Tejeda Defendants deny the allegations in paragraph 131.

132.    The allegations in paragraph 132 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

133.    The Tejeda Defendants deny the allegations in paragraph 133.

134.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 and thus deny them.

135.    The Tejeda Defendants deny the allegations in paragraph 135.

136.    The allegations in paragraph 136 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

137.    The Tejeda Defendants deny the allegations in paragraph 137.

138.    The Tejeda Defendants deny the allegations in paragraph 138.

139.    The Tejeda Defendants deny the allegations in paragraph 139.

140.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**
ACTIVE 721867468v1

141. The allegations in paragraph 141 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

142. The Tejeda Defendants deny the allegations in paragraph 142.

143. The Tejeda Defendants deny the allegations in paragraph 143.

144. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144 and thus deny them.

145. The Tejeda Defendants deny the allegations in paragraph 145.

146. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146 and thus deny them.

147. The Tejeda Defendants deny the allegations in paragraph 147.

148. The allegations in paragraph 148 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

149. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149 and thus deny them.

150. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150 and thus deny them.

151. The allegations in paragraph 151 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

152. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152 and thus deny them.

153. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153 and thus deny them.

154. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154 and thus deny them.

155. The Tejeda Defendants deny the allegations in paragraph 155 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

5:25-cv-07069-NW-SVK

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

156. The allegations in paragraph 156 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

157. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157 and thus deny them.

158. The allegations in paragraph 158 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

159. The allegations in paragraph 159 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

160. The Tejeda Defendants deny the allegations in paragraph 160.

161. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161 and thus deny them.

162. The Tejeda Defendants deny the allegations in paragraph 162.

163. The Tejeda Defendants deny the allegations in paragraph 163.

164. The allegations in paragraph 164 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

165. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

166. The Tejeda Defendants deny the allegations in paragraph 166 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

167. The Tejeda Defendants deny that they falsely advertised themselves as authorized SKY & SOL sellers on Amazon or made material misrepresentations that diverted sales and harmed Plaintiffs' brand. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations that the other defendants falsely advertised themselves as authorized SKY & SOL sellers on Amazon and thus deny them.

168. The Tejeda Defendants deny that they made false and misleading statements in commercial advertising and promotion.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

169. The Tejeda Defendants deny that they made materially false representations. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations that the other defendants made materially false representations.

170. The allegations in paragraph 170 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

171. The Tejeda Defendants deny the allegations in paragraph 171.

172. The Tejeda Defendants deny the allegations in paragraph 172.

173. The Tejeda Defendants deny the allegations in paragraph 173 as they pertain to the Tejeda Defendants. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173 as they pertain to the other defendants and thus deny them.

174. The Tejeda Defendants deny the allegations in paragraph 174.

175. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

176. The Tejeda Defendants deny the allegations in paragraph 176 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

177. The Tejeda Defendants deny the allegations in paragraph 177.

178. The allegations in paragraph 178 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

179. The Tejeda Defendants deny the allegations in paragraph 179.

180. The Tejeda Defendants deny the allegations in paragraph 180.

181. The Tejeda Defendants deny the allegations in paragraph 181.

182. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182 and thus deny them. The Tejeda Defendants deny having any knowledge that the SKY & SOL products were stolen.

183. The Tejeda Defendants deny the allegations in paragraph 183.

184. The Tejeda Defendants deny the allegations in paragraph 184.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**
ACTIVE 721867468v1

185.    The allegations in paragraph 185 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

186.    The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

187.    The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

188.    The Tejeda Defendants deny the allegations in paragraph 188 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

189.    The Tejeda Defendants deny the allegations in paragraph 189.

190.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190 and thus deny them.

191.    The Tejeda Defendants deny that they wrongfully exercised dominion and control over these goods and deny that they retain substantial quantities of Plaintiffs' property to this day.

192.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192 and thus deny them.

193.    The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

194.    The Tejeda Defendants deny the allegations in paragraph 194 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

195.    The Tejeda Defendants deny the allegations in paragraph 195.

196.    The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196 and thus deny them.

197.    The Tejeda Defendants deny the allegations in paragraph 197.

198.    The allegations in paragraph 198 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

199.    The Tejeda Defendants deny the allegations in paragraph 199.

ACTIVE 721867468v1

200. The allegations in paragraph 200 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

201. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

202. The Tejeda Defendants deny the allegations in paragraph 202 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

203. The allegations in paragraph 203 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

204. The allegations in paragraph 204 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

205. The allegations in paragraph 205 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

206. The Tejeda Defendants deny the allegations in paragraph 206.

207. The allegations in paragraph 207 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

208. The allegations in paragraph 208 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

209. The Tejeda Defendants deny the allegations in paragraph 209.

210. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

211. The Tejeda Defendants deny the allegations in paragraph 211 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

212. The allegations in paragraph 212 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

213. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 213 and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

214. The Tejeda Defendants deny the allegations in paragraph 214.

215. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 215 and thus deny them.

216. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 216 and thus deny them.

217. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 217 and thus deny them.

218. The Tejeda Defendants deny the allegations in paragraph 218 as they pertain to the Tejeda Defendants. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218 as they pertain to the other defendants and thus deny them.

219. The Tejeda Defendants deny the allegations in paragraph 219.

220. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

221. The Tejeda Defendants deny the allegations in paragraph 221 as they pertain to the Tejeda Defendants. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 221 as they pertain to the other defendants and thus deny them.

222. The Tejeda Defendants deny the allegations in paragraph 222.

223. The allegations in paragraph 223 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

224. The Tejeda Defendants deny the allegations in paragraph 224.

225. The allegations in paragraph 225 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

226. The Tejeda Defendants deny the allegations in paragraph 226.

227. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 227 and thus deny them.

228. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 228 and thus deny them. The Tejeda Defendants deny any wrongdoing on their part that might be implied by paragraph 228.

ACTIVE 721867468v1

229. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 229 and thus deny them.

230. The Tejeda Defendants deny that Plaintiffs are entitled to any relief in this action.

231. The Tejeda Defendants deny the allegations in paragraph 231 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

232. The Tejeda Defendants deny the allegations in paragraph 232.

233. The Tejeda Defendants deny the allegations in paragraph 233.

234. The Tejeda Defendants deny the allegations in paragraph 234.

235. The Tejeda Defendants deny the allegations in paragraph 235.

236. The Tejeda Defendants deny the allegations in paragraph 236.

237. The Tejeda Defendants deny the allegations in paragraph 237.

238. The allegations in paragraph 238 contain a legal conclusion, as to which no response is required. To the extent a response is required, the Tejeda Defendants deny the allegations.

239. The Tejeda Defendants deny the allegations in paragraph 239 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

240. The Tejeda Defendants deny the allegations in paragraph 240.

241. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 241 and thus deny them.

242. The Tejeda Defendants deny the allegations in paragraph 242.

243. The Tejeda Defendants deny the allegations in paragraph 243 as they pertain to the Tejeda Defendants. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 243 as they pertain to the other defendants and thus deny them.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

244. The Tejeda Defendants deny the allegations in paragraph 244 as they pertain to the Tejeda Defendants. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 244 as they pertain to the other defendants and thus deny them.

245. The Tejeda Defendants deny the allegations in paragraph 245.

246. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 246 and thus deny them.

247. The Tejeda Defendants deny the allegations in paragraph 247.

248. The Tejeda Defendants deny the allegations in paragraph 248 to the extent they assert any facts, legal conclusions, or implications beyond a procedural incorporation by reference, and deny any characterization of the previously alleged matters inconsistent with the Tejeda Defendants' paragraph-by-paragraph responses.

249. The Tejeda Defendants deny the allegations in paragraph 249.

250. The Tejeda Defendants deny the allegations in paragraph 250.

251. The Tejeda Defendants deny the allegations in paragraph 251.

252. The Tejeda Defendants deny the allegations in paragraph 252.

253. The Tejeda Defendants deny the allegations in paragraph 253. The Tejeda Defendants further deny that Plaintiffs are entitled to any relief in this action.

254. The Tejeda Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 254 and thus deny them.

255. The Tejeda Defendants deny the allegations in paragraph 255.

256. The Tejeda Defendants deny the allegations in paragraph 256.

257. The Tejeda Defendants deny the allegations in paragraph 257.

258. The Tejeda Defendants deny the allegations in paragraph 258.

259. The Tejeda Defendants deny the allegations in paragraph 259.

In response to the Prayer for Relief in the Complaint, including the Wherefore clause and all subparagraphs (1) through (21), the Tejeda Defendants deny that Plaintiff has any claims or is entitled to any relief whatsoever.

In response to the Jury Demand in the Complaint, the Tejeda Defendants reserve their right to argue

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

that equitable claims should proceed by a bench trial.

## FIRST AFFIRMATIVE DEFENSE

### [Failure to State a Cause of Action]

1.     As and for a first, separate and affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiffs' Complaint, and each of the purported causes of action contained therein, fails to state facts sufficient to constitute a cause or causes of action against the Tejeda Defendants.

## SECOND AFFIRMATIVE DEFENSE

### [Comparative Fault or Negligence of Plaintiff]

2.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiffs' injuries and damages, if any, are the direct and proximate result of Plaintiffs' own fault or negligence in having its products delivered through Urbandesi Trucking Inc. and allegedly losing its products, and that, as a result, Plaintiffs' claims are either barred or proportionately reduced.

## THIRD AFFIRMATIVE DEFENSE

### [Comparative Fault or Negligence of Others]

3.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the injuries sustained by Plaintiffs, if any, were either wholly or in part negligently caused by persons, firms, corporations or entities other than the Tejeda Defendants, namely the individuals and entities responsible for the alleged theft, and said fault or negligence is either imputed to Plaintiffs by reason of the relationship of said persons, firms, corporations or entities other than these answering Tejeda Defendant to Plaintiffs and/or said fault or negligence comparatively reduces the percentage of negligence, if, any, by these answering Tejeda Defendants.

## FOURTH AFFIRMATIVE DEFENSE

### [Assumption of the Risk]

4.     As and for a separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiffs acted with full knowledge of all the facts and circumstances surrounding Plaintiffs' alleged injuries and thus assumed any and all risk of

19                                                   5:25-cv-07069-NW-SVK

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

injury.

## FIFTH AFFIRMATIVE DEFENSE

### [Equitable Indemnity/Comparative Contribution]

5.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that in the event the Tejeda Defendants are held liable, they are entitled to a percentage contribution of the total liability from persons, firms, corporations or entities other than these answering Tejeda Defendant, namely the other Defendants in this action and the individuals and entities responsible for the alleged theft, in accordance with the principles of equitable indemnity and comparative contribution.

## SIXTH AFFIRMATIVE DEFENSE

### [Negligence/Liability of Other Persons/Entities]

6.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the acts alleged in the Complaint, if any, were caused by the negligence and liability of persons, firms, corporations or entities other than these answering Tejeda Defendants, namely the individuals and entities responsible for the alleged theft and Plaintiffs themselves.

## SEVENTH AFFIRMATIVE DEFENSE

### [Failure to Mitigate]

7.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiffs failed to mitigate the alleged damages, if any, which it claims to have sustained and recovery should be barred or diminished accordingly.

## EIGHTH AFFIRMATIVE DEFENSE

### [Modification/Alteration/Abuse/Misuse]

8.     As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that persons, firms, corporations or entities other than these answering Tejeda Defendants, modified, altered, abused and/or misused equipment, materials or products provided by these Tejeda Defendants, and such conduct caused and contributed to the damages which are alleged in this lawsuit.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

## NINTH AFFIRMATIVE DEFENSE

### [Willful Misconduct]

9.      As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the alleged injuries or damages suffered by Plaintiffs, if any, were the sole and proximate result of the willful misconduct of persons, firms, corporations or entities other than these answering Tejeda Defendants, namely the individuals and entities responsible for the alleged theft.

## TENTH AFFIRMATIVE DEFENSE

### [Payment]

10.      As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the Complaint, and each and every cause of action contained therein, is barred because payment was made.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Superseding Independent Intervening Proximate Cause]

11.      As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that no act or omission on its part was a substantial factor in bringing about the alleged damages to Plaintiffs, nor was any act or omission on the part of the Tejeda Defendants a contributing cause of the alleged damages suffered by Plaintiff and any alleged acts or omissions of the Tejeda Defendant were superseded by the alleged acts or omissions of other persons, firms, corporations or entities, including Plaintiffs, which were the independent, intervening, and proximate cause of any injuries or damages sustained by Plaintiffs. The Tejeda Defendants were not responsible for the theft and had no knowledge that the SKY & SOL products were allegedly stolen.

## TWELFTH AFFIRMATIVE DEFENSE

### [Absence of Third-Party Beneficiary]

12.      As and for a further affirmative defense to the Complaint, and to all contract-related claims contained therein, the Tejeda Defendants allege that Plaintiffs were never intended to directly benefit from any contract, oral or written, to which Defendant may have been a party and that there were no valid and sustaining obligations which could have given rise to Plaintiffs becoming third party beneficiaries.

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Uniform Commercial Code]

13.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the Complaint is barred by the following provisions of the Uniform Commercial Code: sections 1201(25)(c), 2510(1), 2513(1)(3), 2601, 2605, 2606, 2715 and 2719(3).

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Failure to Resell]

14.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the Complaint is barred in that Plaintiffs have failed to resell the claimed equipment in a commercially reasonable manner to alternative purchasers and further that the goods described in the Complaint are suitable for sale to others in the ordinary course of Plaintiffs' business.

## FIFTEENTH AFFIRMATIVE DEFENSE

### [Conduct of Others]

15.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that if Plaintiffs sustained damages, which these answering Tejeda Defendants expressly deny, then those damages were caused by persons other than these answering Tejeda Defendants and for which these answering Tejeda Defendants are not responsible. The Tejeda Defendants were not responsible for the theft and had no knowledge that the SKY & SOL products were allegedly stolen.

## SIXTEENTH AFFIRMATIVE DEFENSE

### [Waiver]

16.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that if Plaintiffs sustained damages, which these answering Tejeda Defendants expressly deny, then Plaintiffs are barred by the doctrine of waiver from recovering those damages from these answering Tejeda Defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

ACTIVE 721867468v1

**[Failure To Join Necessary Parties]**

17.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege Plaintiffs have failed to join all necessary parties as is required by California Code of Civil Procedure section 389.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**[Lack of Causation]**

18.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiffs' damages, if any, were not actually or proximately caused by any acts, conduct, or omissions of the Tejeda Defendants. Plaintiffs' damages, if any, were caused by the acts of the individuals and entities responsible for the theft and Plaintiffs' own failure to secure the delivery of the product.

**NINETEENTH AFFIRMATIVE DEFENSE**

**[Business Judgment Rule]**

19.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the Business Judgment Rule precludes Plaintiffs' claims.

**TWENTIETH AFFIRMATIVE DEFENSE**

**[Ratification]**

20.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that Plaintiff knowingly participated in and ratified the alleged acts and omissions set forth in the Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**[No Contractual Obligation]**

21.    As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that the Complaint alleges obligations that are nonexistent, were non-contracted for, and/or are outside of the agreement with Plaintiffs.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**[Avoidable Consequence]**

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

22. As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that they exercised reasonable care to prevent and correct any behavior, and that Plaintiffs unreasonably failed to take advantage of preventative or corrective opportunities that would otherwise have prevented some or all of Plaintiffs' alleged harm.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### [Knowledge as an Essential Element]

23. As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that they lacked knowledge of the allegedly stolen character of the goods.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### [Good Faith Purchaser and Innocent Intent Defenses]

24. As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that they were good faith purchasers who unknowingly acquired the allegedly stolen goods.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### [Mistake of Fact]

25. As and for a further affirmative defense to the Complaint, and to each and every cause of action contained therein, the Tejeda Defendants allege that there was a mistake of fact and that the Tejeda Defendants reasonably believed in lawful ownership.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### [Descriptive Fair Use]

26. As a further affirmative defense to the Complaint, specifically addressing the claim under 15 U.S.C. § 1125(a), the Tejeda Defendants assert that any use of trademarked terms was solely in their primary descriptive sense, rather than as trademarks, constituting descriptive fair use.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### [Nominative Fair Use]

27. As a further affirmative defense to the Complaint, specifically addressing the claim under 15 U.S.C. § 1125(a), the Tejeda Defendants assert that any use of trademarked terms was necessary to

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1

identify the SKY & SOL product, constituting nominative fair use.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### [Reasonable Inquiry]

28.    As a further affirmative defense to Plaintiffs' claims under California Penal Code § 496(c), the Tejeda Defendants assert that these claims are barred in whole or part by reasonable inquiry.

PRAYER WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff recover take nothing by way of its unverified Complaint;

2.    That Defendants recover its attorneys' fees;

3.    That Defendants be awarded cost of suit; and

4.    For such other and further relief as the Court may deem proper.

DATED:  April 2, 2026                    GREENBERG TRAURIG, LLP


By  /s/Ian Ballon
Ian Ballon
Attorneys for Defendants
TEJEDA INC. d/b/a PHOENIX INTERNATIONAL
DISTRIBUTION and a/k/a, PHX INTERNATIONAL
DISTRIBUTION, a California corporation, AND LEONEL
TEJEDA, an individual

**DEFENDANT TEJEDA INC. AND LEONEL TEJEDA'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

ACTIVE 721867468v1