TYLER R. DOWDALL, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
RENATA A. GUIDRY, State Bar No. 227713
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone:     (424) 330-8580
                        (424) 425-7486
Facsimile:     (315) 512-1465

SANDRA A. HUDAK (admitted *pro hac vice*)
*shudak@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
Telephone:     (212) 216-8000
Facsimile:     (212) 216-8001

*Attorneys for Defendant*
*232 Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| DELTA ECOMMERCE LLC d/b/a SKY AND SOL, a Delaware limited liability company, and MAX MEDROSO, an individual, <br><br>                 Plaintiffs, <br><br>      v. <br><br> HAS BRANDS, LLC, a New York limited liability company, et al., <br><br>                 Defendants. | CASE NO. 5:25-cv-07069-NW-SVK <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2 AND [PROPOSED] ORDER** <br><br> *Assigned to: District Judge Noel Wise* <br> *Referred to: Magistrate Judge Susan van Keulen* |

---

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO*
*FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2*

Case No. 5:25-cv-07069-NW-SVK

TARTER KRINSKY & DROGIN LLP
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

Pursuant to Civil Local Rule 6-2, Defendant 232 Technologies Inc. ("Defendant") and Plaintiffs Delta Ecommerce LLC D/B/A Sky and Sol and Max Medroso (collectively, "Plaintiffs"), by and through their respective attorneys of record, hereby stipulate to extend Defendant's deadline to file any motion for attorneys' fees to July 6, 2026.

## RECITALS

WHEREAS, on June 8, 2026, the Court granted Defendant's motion to dismiss Plaintiffs' Third Amended Complaint as to Defendant with prejudice (ECF No. 92);

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) and Civil L.R. 54-5(a), Defendant's deadline to file any motion for attorneys' fees is currently June 22, 2026;

WHEREAS, on June 12, 2026, Defendant's counsel requested a meet and confer with Plaintiffs' counsel concerning Defendant's anticipated motion for attorneys' fees pursuant to 15 U.S.C. § 1117(a) and the Court's inherent powers;

WHEREAS, due to pre-existing professional commitments, Plaintiffs' counsel is unavailable to meet and confer prior to Defendant's current June 22 deadline;

WHEREAS, the Parties have agreed under Civil L.R. 6-2 to extend Plaintiff's time to file a motion for attorneys' fees by 14 days, from June 22, 2026, to, and including, July 6, 2026;

WHEREAS, this is Defendant's first request for an extension to its deadline to file a motion for attorneys' fees;

WHEREAS, the reason for this request is to allow the parties time to meet and confer pursuant to Civil L.R. 54-5;

WHEREAS, the requested extension of time will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, the requested extension of time is not sought for the purpose of unnecessary delay.

## STIPULATION

ACCORDINGLY, the Parties hereby STIPULATE and AGREE that Defendant's deadline to file any motion for attorneys' fees shall be extended to **July 6, 2026**.

2

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 17, 2026

**HARRIS SLIWOSKI LLP**

By: _____/s/ Timothy L. Alger_____

Timothy L. Alger (SBN 160303)
*timothy@harris-sliwoski.com*
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: (424) 275-5500

Daniel P. Harris (admitted *pro hac vice*)
*dan@harris-sliwoski.com*
600 Stewart St., Suite 1200
Seattle, WA 98101
Telephone: (424) 273-5500

*Attorneys for Plaintiffs Delta Ecommerce LLC and Max Medroso*

DATED: June 17, 2026

**TARTER KRINSKY & DROGIN LLP**

By: _____/s/ Sandra A. Hudak_____

Tyler R. Dowdall (SBN 258950)
*tdowdall@tarterkrinsky.com*
Renata A. Guidry (SBN 227713)
*rguidry@tarterkrinsky.com*
1880 Century Park E, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580/(424) 425-7486

Sandra A. Hudak (admitted *pro hac vice*)
*shudak@tarterkrinsky.com*
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Telephone:   (212) 216-8000

*Attorneys for Defendant*
*232 Technologies Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June _18_, 2026

_____
The Honorable Noël Wise
United States District Judge

GRANTED
Judge Noël Wise

3

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2*

Case No. 5:25-cv-07069-NW-SVK

**TARTER KRINSKY & DROGIN LLP**
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)**

I, Sandra A. Hudak, am the ECF User whose identification and password are being used to file this STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2. In compliance with Local Rule 5-1(i), I hereby attest that all signatories have concurred in this filing.


DATED:  June 17, 2026

By:     _/s/ Sandra A. Hudak_
        Sandra A. Hudak (*pro hac vice*)

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2*

Case No. 5:25-cv-07069-NW-SVK

TARTER KRINSKY & DROGIN LLP
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed the above document(s) and attachments with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Date: June 17, 2026

/s/    *Sandra A. Hudak*
Sandra A. Hudak (*pro hac vice*)

TARTER KRINSKY & DROGIN LLP
1880 CENTURY PARK EAST, SUITE 1104
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (424) 330-8580 • FACSIMILE (315) 512-1465

5

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 232 TECHNOLOGIES INC. TO FILE MOTION FOR ATTORNEYS' FEES PER CIVIL L.R. 6-2*

Case No. 5:25-cv-07069-NW-SVK