UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Delta Ecommerce LLC,

Plaintiff,

v.

HAS Brands, LLC et al.,

Defendant.

Case No. 5:25 cv 07069 NW

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Leonel Tejeda and Tejeda Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Stephan A. Barber and Jacob Yoneda of JRG Attorneys at Law, 318 Cayuga Street, Salinas, CA 93901; T. (831) 754-2444; steve@jrgattorneys.com and jacob@jrgattorneys.com.

Name(s) of counsel withdrawing from representation and firm name:

Ian Ballon, Chloe Le, and Shauna Imanaka of Greenberg Traurig, LLP

Date: 11/16/2026

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: ______________________

______________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California